| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Senior Care Living VII, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-4680144** |
| **4.** | **Debtor's address** | **Principal place of business**  **3665 East Bay Drive, Ste. 204-429**  **Largo, FL 33771**  Number, Street, City, State & ZIP Code  **Pinellas**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Senior Care Living VII, LLC**　　　　　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

Debtor **Senior Care Living VII, LLC**          Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____          Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor **Senior Care Living VII, LLC**                                         Case number (*if known*)
           Name

☐ $50,001 - $100,000            ■ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **Senior Care Living VII, LLC**          Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 10, 2022**
            MM / DD / YYYY

X **/s/ Mark C Bouldin, President of Senior Care Ownership 4, LLC**
Signature of authorized representative of debtor

**Mark C Bouldin, President of Senior Care Ownership 4, LLC**
Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Michael C. Markham**                    Date **January 10, 2022**
Signature of attorney for debtor                     MM / DD / YYYY

**Michael C. Markham**
Printed name

**Johnson, Pope, Bokor,**
Firm name

**Ruppel & Burns, LLP
401 East Jackson Street #3100
Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **813-225-2500**   Email address  **mikem@jpfirm.com**

**0768560 FL**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

**Fill in this information to identify the case:**

Debtor name: **Senior Care Living VII, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Voluntary Petition**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 10, 2022**     X **/s/ Mark C Bouldin, President of Senior Care Ownership 4, LLC**
Signature of individual signing on behalf of debtor

**Mark C Bouldin, President of Senior Care Ownership 4, LLC**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Senior Care Living VII, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| A Place for Mom, Inc. PO Box 913241 Denver, CO 80291 | | vendor | | | | $3,500.00 |
| Arrow Exterminators, Inc. 5750 Rufe Snow Drive North Richland Hills, TX 76180 | | vendor | | | | $433.01 |
| Bluestone Pools, LLC PO Box 92923 Southlake, TX 76092 | | vendor | | | | $500.00 |
| Community Payroll Suite 400 301 Anchor Plaza Parkway Tampa, FL 33634 | | vendor | | | | $4,096.97 |
| Direct Supply PO Box 88201 Milwaukee, WI 53288 | | vendor | | | | $1,642.08 |
| Echo Lab PO Box 70343 Chicago, IL 60673 | | vendor | | | | $1,618.12 |
| Eldermark Software PO Box 844707 Boston, MA 02284 | | vendor | | | | $660.82 |
| G5 Search Marketing, Inc. Dept LA 23988 Pasadena, CA 91185 | | vendor | | | | $1,759.56 |
| HD Supply Facilities Mtnce PO Box 509058 San Diego, CA 92150 | | vendor | | | | $949.71 |

Debtor **Senior Care Living VII, LLC**  
　　　Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **HM LIfe Insurance Company** PO Box 382038 Pittsburgh, PA 15251 | | vendor | | | | $547.59 |
| **McKesson Medical-Surgical** PO Box 204786 Dallas, TX 75320 | | vendor | | | | $1,804.94 |
| **Our Place Tuxedos & Uniforms** 2044 Smith Street North Providence, RI 02911 | | vendor | | | | $1,235.10 |
| **Senior Care Living VI, LLC** 6400 Oilfield Rd Sugar Land, TX 77479 | | vendor | | | | $346,062.97 |
| **Senior Living Specialists** 14580 Berklee Drive Addison, TX 75001 | | vendor | | | | $7,000.00 |
| **Silversphere, LLC** Suite 200 2570 W Int'l Speedway Blvd Daytona Beach, FL 32114 | | vendor | | | | $3,276.85 |
| **Sodexo, Inc & Affiliates** PO Box 360170 Pittsburgh, PA 15251 | | vendor | | | | $89,972.98 |
| **Thyssenkrupp Elevator Corp** PO Box 3796 Carol Stream, IL 60132 | | vendor | | | | $714.48 |
| **UMB Bank, NA Master Trustee** 120 S. Street #1400 Minneapolis, MN 55402 | | All assets of Debtor | | $45,000,000.00 | $0.00 | $45,000,000.00 |
| **Validus Senior Living REIT** Suite 400 4301 Anchor Plaza Parkwy Tampa, FL 33634 | | vendor | | | | $31,256.26 |

Debtor    **Senior Care Living VII, LLC**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VSL HOldings, LLC**<br>**Suite 400**<br>**4301 Anchor Plaza Parkway**<br>**Tampa, FL 33634** | | **vendor** | | | | **$515,609.46** |

# United States Bankruptcy Court
## Middle District of Florida

In re: **Senior Care Living VII, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 10, 2022**

**/s/ Mark C Bouldin, President of Senior Care Ownership 4, LLC**
**Mark C Bouldin, President of Senior Care Ownership 4, LLC**/**Manager**
Signer/Title

Senior Care Living VII, LLC
3665 East Bay Drive, Ste. 204-429
Largo, FL 33771

Bluestone Pools, LLC
PO Box 92923
Southlake, TX 76092

HD Supply Facilities Mtnce
PO Box 509058
San Diego, CA 92150

Michael C. Markham
Johnson, Pope, Bokor,
  Ruppel & Burns, LLP
401 East Jackson Street #3100
Tampa, FL 33602

Cawley Company
PO Box 2110
Manitowoc, WI 54221

HM LIfe Insurance Company
PO Box 382038
Pittsburgh, PA 15251

A Place for Mom, Inc.
PO Box 913241
Denver, CO 80291

Commercial Safety Systems
PO Box 8499
Seminole, FL 33775

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Accushield, LLC
Suite 360
2030 Powers Ferry Rd SE
Atlanta, GA 30339

Community Payroll
Suite 400
301 Anchor Plaza Parkway
Tampa, FL 33634

Magnolia Fisheries
PO Box 3087
Coppell, TX 75019

Airgas USA, LLC
PO Box 734672
Dallas, TX 75373

Direct Supply
PO Box 88201
Milwaukee, WI 53288

McKesson Medical-Surgical
PO Box 204786
Dallas, TX 75320

Allegra
107 N Jefferson St
Tampa, FL 33602

Echo Lab
PO Box 70343
Chicago, IL 60673

Our Place Tuxedos & Uniforms
2044 Smith Street
North Providence, RI 02911

Aquarium Environments, Inc.
d/b/a Fish Gallery
2909 Fountainview Drive
Houston, TX 77057

Eldermark Software
PO Box 844707
Boston, MA 02284

Senior Care Living VI, LLC
6400 Oilfield Rd
Sugar Land, TX 77479

Aquarius Water Refining
PO Box 337
Wimauma, FL 33598

FL Dep of Revenue
Collection Agency Section
5050 W Tennessee St.
Tallahassee, FL 32399

Senior Living Specialists
14580 Berklee Drive
Addison, TX 75001

Arrow Exterminators, Inc.
5750 Rufe Snow Drive
North Richland Hills, TX 76180

G5 Search Marketing, Inc.
Dept LA 23988
Pasadena, CA 91185

Silversphere, LLC
Suite 200
2570 W Int'l Speedway Blvd
Daytona Beach, FL 32114

Sodexo, Inc & Affiliates
PO Box 360170
Pittsburgh, PA 15251


Songs & Smiles
Suite 260
129 S Main Street
Grapevine, TX 76051


Thyssenkrupp Elevator Corp
PO Box 3796
Carol Stream, IL 60132


UMB Bank, NA Master Trustee
120 S. Street #1400
Minneapolis, MN 55402


US Foods, Inc.
PO Box 843202
Dallas, TX 75284


Validus Senior Living REIT
Suite 400
4301 Anchor Plaza Parkwy
Tampa, FL 33634


VSL HOldings, LLC
Suite 400
4301 Anchor Plaza Parkway
Tampa, FL 33634

# United States Bankruptcy Court
## Middle District of Florida

In re  **Senior Care Living VII, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Senior Care Living VII, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Senior Care Ownership 4, Inc**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 10, 2022** | **/s/ Michael C. Markham** |
| Date | **Michael C. Markham** |
| | Signature of Attorney or Litigant |
| | Counsel for **Senior Care Living VII, LLC** |
| | **Johnson, Pope, Bokor,** |
| | **Ruppel & Burns, LLP** |
| | **401 East Jackson Street #3100** |
| | **Tampa, FL 33602** |
| | **813-225-2500 Fax:813-223-7118** |
| | **mikem@jpfirm.com** |