UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

SENIOR CARE LIVING VII, LLC,   CASE NO. 8:22-bk-00103
                               Chapter 11
　　　Debtor.
_____/

### APPLICATION TO EMPLOY MICHAEL C. MARKHAM OF JOHNSON POPE BOKOR RUPPEL & BURNS LLP AS COUNSEL TO DEBTOR

The Debtor, SENIOR CARE LIVING VII, LLC, by its undersigned counsel, hereby applies to this Court for approval of employment of counsel and respectfully states as follows:

1. The Debtor filed its Voluntary Petition under Chapter 11 of the Bankruptcy Code on January 10, 2022 ("Petition Date").

2. The Debtor has selected Michael C. Markham of the law firm of Johnson, Pope, Bokor, Ruppel & Burns, LLP ("JP") to assist it. The Debtor decided to employ JP for its considerable bankruptcy experience and believes that JP is well qualified to represent it in this case as counsel.

3. Per the Markham Declaration, attached hereto as **Exhibit A,** JP does not hold or represent any interest adverse to any interest of the Debtor or its creditors with respect to the matters upon which it is to be engaged, and JP is a "disinterested person" pursuant to Bankruptcy Code § 327(a), as that term is defined by Bankruptcy Code § 101(14).

4. JP will render all necessary legal services to the Debtor in this bankruptcy case.

5. JP will charge for services rendered on an hourly basis, and for reimbursement for reasonable expenses incurred in connection with performing such services. Such compensation will be paid, and expenses will be reimbursed, solely upon application to this Court and upon

such notice and hearing as provided by the Bankruptcy Code and the Bankruptcy Rules. Mr. Markham's current hourly rate is $450.

**WHEREFORE**, the Debtor respectfully requests the entry of the Order authorizing it to retain Michael C. Markham of JP as its general bankruptcy counsel and for such other relief as is just.

                JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP

                /s/ Michael C. Markham
                Michael C. Markham (FBN 0768560)
                Email: Mikem@jpfirm.com
                401 E. Jackson St., Suite 3100
                Tampa, FL 33602
                Telephone: 813-225-2500
                Facsimile: 813-223-7118
                Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically on all CM/ECF participants this 10th day of January, 2022.

                /s/ Michael C. Markham
                Michael C. Markham

7588648_1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

SENIOR CARE LIVING VII, LLC,    CASE NO. 8:22-bk-00103
                                Chapter 11
    Debtor.
_____/

## DECLARATION OF MICHAEL C. MARKHAM

MICHAEL C. MARKHAM, hereby declares under penalty of perjury as follows:

1. I am MICHAEL C. MARKHAM and I am a shareholder/partner in the Tampa-Clearwater-St. Pete law firm of Johnson, Pope, Bokor, Ruppel & Burns LLP (hereinafter "JP").

2. I have read the Application to Employ Counsel and the facts and matters contained in the Application are true and correct to the best of my information, knowledge and belief. JP is proposed counsel for Debtor, Senior Care Living VII, LLC ("SCL VII").

3. This Declaration is submitted in order to comply with 11 U.S.C. §328(a) and §329(a) and Bankruptcy Rules 2014 and 2016.

4. JP consulted SCL VII and its principal, Mark Bouldin, prior to the bankruptcy filing only in connection with advice and preparations for this bankruptcy filing and relating to pending litigation involving the bond trustee/secured lender, UMB Bank, N.A.

5. No attorney in JP is a general or limited partner of a partnership in which the Debtor is also a general or limited partner. Moreover, JP has no corporate connections to the Debtor of any kind.

6. No attorney in JP has represented a financial advisor of the Debtor in connection with the offer, sale, or issuance of a security of the Debtor.

7. My office has done a conflict check in these cases as follows:

I have reviewed the list of creditors provided by the Debtor, and my staff has completed our regular office procedures in connection with conflict checks. These procedures have not revealed any conflicts in connection with this case, and this lack of conflict is further set forth below.

8. No attorney in JP currently represents a creditor or person otherwise adverse to the Debtor or its estate on any matter related to the Debtor or otherwise.

9. No attorney in JP has previously represented a creditor or person who is adverse to the Debtor or its estate on any matter substantially related to this bankruptcy case.

10. As disclosed above, Bouldin is the principal of the Debtor and the signatory on the petition. JP has not represented Bouldin in any pending litigation and will not be representing Bouldin or any affiliates of the Debtor in connection with this bankruptcy case.

11. There is no agreement of any nature as to the sharing of any compensation to be paid to JP.

Michael C. Markham hereby declares under penalty of perjury under the laws of the United States that the matters set forth above are true and correct.

Dated: January 10, 2022

_____
Michael C. Markham