# United States Bankruptcy Court
## Middle District of Florida

In re   **Senior Care Living VII, LLC**                                                     Case No.  _____
                                       Debtor(s)                                             Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Senior Care Living VII, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Senior Care Ownership 4, Inc**

☐ None [*Check if applicable*]


| **January 10, 2022** | **/s/ Michael C. Markham** |
|---|---|
| Date | **Michael C. Markham** |
|  | Signature of Attorney or Litigant |
|  | Counsel for   **Senior Care Living VII, LLC** |
|  | **Johnson, Pope, Bokor,** |
|  | **Ruppel & Burns, LLP** |
|  | **401 East Jackson Street #3100** |
|  | **Tampa, FL 33602** |
|  | **813-225-2500 Fax:813-223-7118** |
|  | **mikem@jpfirm.com** |