UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

SENIOR CARE LIVING VII, LLC,   CASE NO. 8:22-bk-00103-CED
                                Chapter 11
    Debtor.
_____/

## DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL

| STATEMENT OF RELIEF REQUESTED |
|---|
| The Debtor seeks authority to use Cash Collateral (as defined below) to fund its operating expenses and the costs of administering the Chapter 11 case in accordance with its proposed budget attached hereto. The proposed use of cash collateral is consistent with the *status quo* at the Debtor's ALF. The Bond Trustee asserts security interests in Cash Collateral. As adequate protection, the Debtor proposes to grant to the Bond Trustee replacement liens to the same extent, validity, and priority as the security interests held by the parties as of the Petition Date and other protections as set forth herein. |

Debtor, SENIOR CARE LIVING VII, LLC ("Debtor"), by its undersigned counsel, hereby files this Motion for Authority to Use Cash Collateral (Interim Relief Requested to be Followed by a Later Final Evidentiary Hearing if Necessary), and in support thereof respectfully states as follows:

### Background

1. On January 10, 2022 (the "Petition Date"), the Debtor filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. The Debtor owns an assisted living facility in Lewisville, Texas, that is operated by its management company, Validus Senior Living ("Validus").

3. Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtor is operating as a Debtor-in-Possession and managing its ALF through Validus. This Court has

jurisdiction to consider this matter pursuant to 28 U.S.C., Sections 1334 and 157. This is a core matter.

4. An Official Committee of Unsecured Creditors has not been appointed as of the filing of this Motion.

**Basis for Motion**

5. The Debtor is indebted to UMB Bank, N.A. (the "Bond Trustee") in its capacity as bond trustee in the amount of approximately $45,385,000.00 in connection with notes, a mortgage and security agreement against the Debtor's real property located at 1080 W. Round Grove Rd., Lewisville, Texas (Series A notes totaling $40,395,000 and a Series B note for $4,999,000). The mortgage secures indebtedness as evidenced by obligations issued under the Trust Indenture and Security Agreement dated as of November 1, 2016. It appears that the Bond Trustee has a lien on all of the Debtor's personal property including future receivables by virtue of a UCC-1 financing statement recorded on November 28, 2016, in the Florida Secured Transactions Registry. The Debtor will seek to restructure this obligation as allowed by the Bankruptcy Code or as agreed to between the parties.

6. The Debtor is indebted to the county tax collector in Texas ("Tax Collector") in the amount of approximately $1,517,759.00 in connection with past due real estate taxes. It does not appear that the Tax Collector has a lien on cash collateral. The Debtor will seek to restructure this obligation as allowed by the Bankruptcy Code or as agreed to between the parties.

7. The Bond Trustee shall be referred to as the "Secured Creditor" hereinafter.

8. Assuming a non-distressed environment, the Debtor estimates that the current value of its ALF and related personal property is approximately $38 million (subject to appraisal), with approximately $1,028,116.14 in cash as of January 11, 2022. There may be a debt service reserve

fund (previously with approximately $2.5 million), but the Debtor is currently unaware of the balance, if any, in this account.

9. The Debtor seeks the Court's authority to utilize its cash collateral in the regular course of business and in order to pay its expenses so that it may continue to operate as a going concern. The requested authority is consistent with how the Debtor has operated (through Validus' management of the ALF) both before and after the appointment of the Receiver.

10. The Debtor is unable to operate the ALF without the ability to use the cash receipts from operations of the ALF, which constitute cash collateral. The Debtor anticipates that future receivables will result in additional revenue that is also subject to the Secured Creditor's liens. For purposes of this Motion, the interest to be protected consists of the cash collateral component of the Secured Creditor's claims as well as the cash which results from the post-petition operation of the ALF.

11. The Debtor's asset is currently under a receivership ordered by the state court in Texas on October 11, 2021. The Receiver, J. Robert Medlin (the "Receiver"), is a custodian of the Debtor's assets as such term is used in Section 543 of the Bankruptcy Code. The Receiver is not actively involved in the management of the Debtor's ALF and is not on the Debtor's bank accounts. The bank accounts remain in the name of the Debtor with expenses paid by authorized signatories at Validus. It appears that the purpose of the Receiver was to sell the property in lieu of a foreclosure sale.

### Cash Collateral

12. The Debtor's continued operations will produce required revenue for the Debtor and is one of the funding mechanisms for the Debtor's reorganization efforts[1] and for the Debtor

---

[1] Debtor anticipates timely filing its Plan.

to pay debt service payments and other monthly obligations. Future revenues constitute "cash collateral." The Debtor currently generates approximately $660,000.00 in gross revenue per month with net income of approximately $120,000.00 per month.

### Adequate Protection

13. As adequate protection, the Debtor will provide the Secured Creditor with the following:

    a. a post-petition replacement lien equal in validity and dignity as it existed pre-petition;

    b. proof of insurance;

    c. monthly escrow for real estate taxes; and

    d. continued management and payment of expenses through Validus with regular reporting of operations.

14. The terms of the requested relief provide adequate protection to the Secured Creditor and the Debtor believes that same is reasonable.

15. Attached hereto as **Exhibit "A"** is the Debtor's budget setting forth its income and expenses during the interim period.

16. Debtor is seeking interim relief and use of cash collateral to maintain the going concern value of the ALF.

17. The Bond Trustee has indicated that it will not consent to the use of cash collateral, but the Debtor hopes to obtain consent before the hearing.

18. The Debtor requests a prompt hearing on this Motion.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order pursuant to the provisions of §363 of the Bankruptcy Code authorizing its continued use of cash collateral and for such other and further relief as this Court deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished either by the Court's CM/ECF system or by regular U. S. Mail to the U.S. States Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602; by electronic mail to Daniel Bleck, Esq., counsel to the Bond Trustee, at DSBleck@mintz.com and J. Robert Medlin, the Receiver, at bob.medlin@fticonsulting.com ; and to all creditors and parties in interest listed on the attached matrix on January 11, 2022.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Michael C. Markham
Michael C. Markham (FBN: 768560)
401 E. Jackson Street, Ste. 3100
Tampa, FL  33601-1100
Telephone:     813-225-2500
Facsimile:     813-223-7118
Email:  mikem@jpfirm.com
Attorneys for Debtor

1/11/2022 1:13 PM

Inspired Living at Lewisville (IL)
**Budget**
Period = Jan 2022-Dec 2022
Book = Accrual ; Tree = 2022_is_detailed

| | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***MEMORY CARE - BASE RATE REVENUE*** | | | | | | | | | | | | | |
| Inspired Forever Program MC | 120,288.88 | 120,288.88 | 120,288.88 | 120,288.88 | 120,288.88 | 120,288.88 | 120,288.88 | 120,288.88 | 120,288.88 | 120,288.88 | 120,288.88 | 120,288.88 | 1,443,466.56 |
| Inspired Standard Program MC | 104,288.63 | 104,288.63 | 104,288.63 | 104,288.63 | 104,288.63 | 104,288.63 | 104,288.63 | 104,288.63 | 104,288.63 | 104,288.63 | 104,288.63 | 104,288.63 | 1,251,463.56 |
| **MEMORY CARE - BASE RATE REVENUE** | **224,577.51** | **224,577.51** | **224,577.51** | **224,577.51** | **224,577.51** | **224,577.51** | **224,577.51** | **224,577.51** | **224,577.51** | **224,577.51** | **224,577.51** | **224,577.51** | **2,694,930.12** |
| ***MEMORY CARE - CARE REVENUE*** | | | | | | | | | | | | | |
| MC Forever | 1,611.20 | 1,611.20 | 1,611.20 | 1,611.20 | 1,611.20 | 1,611.20 | 1,611.20 | 1,611.20 | 1,611.20 | 1,611.20 | 1,611.20 | 1,611.20 | 19,334.40 |
| Complex Medication Administration | 148.80 | 148.80 | 148.80 | 148.80 | 148.80 | 148.80 | 148.80 | 148.80 | 148.80 | 148.80 | 148.80 | 148.80 | 1,785.60 |
| MC Legacy Forever Care Revenue | 788.29 | 788.29 | 788.29 | 788.29 | 788.29 | 788.29 | 788.29 | 788.29 | 788.29 | 788.29 | 788.29 | 788.29 | 9,459.48 |
| **MEMORY CARE - CARE REVENUE** | **2,548.29** | **2,548.29** | **2,548.29** | **2,548.29** | **2,548.29** | **2,548.29** | **2,548.29** | **2,548.29** | **2,548.29** | **2,548.29** | **2,548.29** | **2,548.29** | **30,579.48** |
| ***ASSISTED LIVING - BASE RATE REVENUE*** | | | | | | | | | | | | | |
| Inspired Standard Program AL | 171,460.80 | 174,636.00 | 177,811.20 | 179,928.00 | 183,103.20 | 186,278.40 | 188,395.20 | 191,570.40 | 194,745.60 | 196,862.40 | 200,037.60 | 203,212.80 | 2,248,041.60 |
| Inspired Forever Program AL | 220,060.80 | 224,136.00 | 228,211.20 | 230,928.00 | 235,003.20 | 239,078.40 | 241,795.20 | 245,870.40 | 249,945.60 | 252,662.40 | 256,737.60 | 260,812.80 | 2,885,241.60 |
| **ASSISTED LIVING - BASE RATE REVENUE** | **391,521.60** | **398,772.00** | **406,022.40** | **410,856.00** | **418,106.40** | **425,356.80** | **430,190.40** | **437,440.80** | **444,691.20** | **449,524.80** | **456,775.20** | **464,025.60** | **5,133,283.20** |
| ***ASSISTED LIVING -CARE REVENUE*** | | | | | | | | | | | | | |
| Level 1 AL Legacy Standard | 73.71 | 75.07 | 76.44 | 77.35 | 78.71 | 80.08 | 80.99 | 82.35 | 83.72 | 84.63 | 85.99 | 87.36 | 966.40 |
| Level 2 AL Legacy Standard | 213.23 | 217.17 | 221.12 | 223.76 | 227.70 | 231.65 | 234.28 | 238.23 | 242.18 | 244.81 | 248.76 | 252.71 | 2,795.60 |
| Level 1 AL Standard Bronze | 1,003.54 | 1,022.12 | 1,040.71 | 1,053.10 | 1,071.68 | 1,090.27 | 1,102.66 | 1,121.24 | 1,139.82 | 1,152.21 | 1,170.80 | 1,189.38 | 13,157.53 |
| Level 2 AL Standard Silver | 1,006.86 | 1,025.51 | 1,044.15 | 1,056.58 | 1,075.23 | 1,093.88 | 1,106.31 | 1,124.95 | 1,143.60 | 1,156.03 | 1,174.67 | 1,193.32 | 13,201.09 |
| Level 3 AL Standard Gold | 418.02 | 425.76 | 433.50 | 438.66 | 446.40 | 454.14 | 459.30 | 467.04 | 474.78 | 479.95 | 487.69 | 495.43 | 5,480.67 |
| Level 4 AL Standard Platinum | 127.97 | 130.34 | 132.71 | 134.29 | 136.66 | 139.03 | 140.61 | 142.97 | 145.34 | 146.92 | 149.29 | 151.66 | 1,677.79 |
| Superior ALF Levels of Care Revenue | 588.06 | 598.96 | 609.85 | 617.11 | 628.00 | 638.89 | 646.15 | 657.04 | 667.93 | 675.19 | 686.08 | 696.97 | 7,710.23 |
| AL Legacy Forever Care Revenue | 7,508.23 | 7,647.28 | 7,786.32 | 7,879.01 | 8,018.05 | 8,157.09 | 8,249.79 | 8,388.83 | 8,527.87 | 8,620.57 | 8,759.61 | 8,898.65 | 98,441.30 |
| Level 1 AL Forever Bronze | 702.54 | 715.55 | 728.56 | 737.24 | 750.25 | 763.26 | 771.93 | 784.94 | 797.95 | 806.62 | 819.63 | 832.64 | 9,211.11 |
| Level 2 AL Forever Silver | 1,141.41 | 1,162.55 | 1,183.68 | 1,197.78 | 1,218.91 | 1,240.05 | 1,254.14 | 1,275.28 | 1,296.42 | 1,310.51 | 1,331.65 | 1,352.78 | 14,965.16 |
| Level 3 AL Forever Gold | 418.83 | 426.59 | 434.34 | 439.51 | 447.27 | 455.03 | 460.20 | 467.95 | 475.71 | 480.88 | 488.64 | 496.39 | 5,491.34 |
| Level 4 AL Forever Platinum | 135.29 | 137.80 | 140.30 | 141.97 | 144.48 | 146.98 | 148.65 | 151.16 | 153.67 | 155.34 | 157.84 | 160.35 | 1,773.83 |
| **ASSISTED LIVING -CARE REVENUE** | **12,500.03** | **12,731.52** | **12,963.00** | **13,117.34** | **13,348.80** | **13,580.29** | **13,734.61** | **13,966.08** | **14,197.57** | **14,351.90** | **14,583.37** | **14,814.86** | **163,889.37** |
| ***RESPITE & SECOND OCCUPANT*** | | | | | | | | | | | | | |
| Second Occupant Revenue | 7,200.00 | 7,200.00 | 7,200.00 | 7,200.00 | 7,200.00 | 7,200.00 | 7,200.00 | 7,200.00 | 7,200.00 | 7,200.00 | 7,200.00 | 7,200.00 | 86,400.00 |
| **RESPTTE 8 SECOND OCCUPANT REVENUE** | **7,200.00** | **7,200.00** | **7,200.00** | **7,200.00** | **7,200.00** | **7,200.00** | **7,200.00** | **7,200.00** | **7,200.00** | **7,200.00** | **7,200.00** | **7,200.00** | **86,400.00** |
| ***COMMUNITY FEES*** | | | | | | | | | | | | | |
| Community Fee Revenue | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 216,000.00 |
| Community fee discount | -1,800.00 | -1,800.00 | -1,800.00 | -1,800.00 | -1,800.00 | -1,800.00 | -1,800.00 | -1,800.00 | -1,800.00 | -1,800.00 | -1,800.00 | -1,800.00 | -21,600.00 |

Inspired Living at Lewisville (Ill)
**Budget**
Period = Jan 2022-Dec 2022
Book = Accrual ; Tree = 2022_is_detailed

1/11/2022 1:13 PM

| | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMMUNITY FEES** | 16,200.00 | 16,200.00 | 16,200.00 | 16,200.00 | 16,200.00 | 16,200.00 | 16,200.00 | 16,200.00 | 16,200.00 | 16,200.00 | 16,200.00 | 16,200.00 | 194,400.00 |
| ***ANCILLARY REVENUE*** | | | | | | | | | | | | | |
| Barber & Beauty Administrative Revenue | 182.36 | 166.65 | 186.64 | 182.00 | 190.20 | 186.13 | 193.76 | 195.90 | 191.65 | 199.46 | 195.10 | 203.74 | 2,273.59 |
| Medical Supplies Revenue | 777.15 | 710.17 | 795.36 | 775.58 | 810.54 | 793.21 | 825.72 | 834.83 | 816.71 | 850.01 | 831.40 | 868.22 | 9,688.90 |
| Incontinence Supplies Revenue | 555.92 | 508.01 | 568.95 | 554.80 | 579.81 | 567.41 | 590.67 | 597.18 | 584.23 | 608.04 | 594.73 | 621.07 | 6,930.82 |
| Physical Therapy Revenue | 419.26 | 383.13 | 429.09 | 418.42 | 437.28 | 427.93 | 445.47 | 450.38 | 440.61 | 458.57 | 448.53 | 468.40 | 5,227.07 |
| Late Charges | 1,196.41 | 1,093.29 | 1,224.45 | 1,194.00 | 1,247.82 | 1,221.14 | 1,271.19 | 1,285.21 | 1,257.32 | 1,308.58 | 1,279.93 | 1,336.62 | 14,915.96 |
| Tray Service Revenue | 152.93 | 139.75 | 156.52 | 152.62 | 159.50 | 156.09 | 162.49 | 164.28 | 160.72 | 167.27 | 163.61 | 170.85 | 1,906.63 |
| Contract Processing Fee | 243.44 | 222.46 | 249.15 | 242.95 | 253.90 | 248.47 | 258.66 | 261.51 | 255.84 | 266.27 | 260.44 | 271.97 | 3,035.06 |
| Pet Service/Fee Revenue | 395.46 | 361.37 | 404.72 | 394.66 | 412.45 | 403.63 | 420.17 | 424.81 | 415.59 | 432.53 | 423.06 | 441.80 | 4,930.25 |
| Barber & Beauty Revenue | 1,989.37 | 1,817.91 | 2,036.00 | 1,985.36 | 2,074.85 | 2,030.48 | 2,113.71 | 2,137.02 | 2,090.65 | 2,175.88 | 2,128.25 | 2,222.50 | 24,801.98 |
| **ANCILLARY REVENUE** | **5,912.30** | **5,402.74** | **6,050.88** | **5,900.39** | **6,166.35** | **6,034.49** | **6,281.84** | **6,351.12** | **6,213.32** | **6,466.61** | **6,325.05** | **6,605.17** | **73,710.26** |
| **TOTAL REVENUE** | **660,459.73** | **667,432.06** | **675,562.08** | **680,399.53** | **688,147.35** | **695,497.38** | **700,732.65** | **708,283.80** | **715,627.89** | **720,869.11** | **728,209.42** | **735,971.43** | **8,377,192.43** |
| ***CONTROLLABLE COSTS*** | | | | | | | | | | | | | |
| ***HEALTHCARE MC WAGES*** | | | | | | | | | | | | | |
| Director Wages | 6,057.69 | 5,769.23 | 6,634.62 | 6,057.69 | 6,346.15 | 6,523.84 | 6,227.31 | 6,820.39 | 6,523.84 | 6,227.31 | 6,523.84 | 6,523.84 | 76,235.75 |
| LPN Wages | 12,524.00 | 11,312.00 | 12,524.00 | 12,120.00 | 12,524.00 | 12,459.36 | 12,874.67 | 12,874.67 | 12,459.36 | 12,874.67 | 12,459.36 | 12,874.67 | 149,880.76 |
| Care Associates MC | 36,556.75 | 33,019.00 | 36,556.75 | 35,377.50 | 36,556.75 | 36,368.07 | 37,580.34 | 37,580.34 | 36,368.07 | 37,580.34 | 36,368.07 | 37,580.34 | 437,492.32 |
| **HEALTHCARE MC LABOR** | **55,138.44** | **50,100.23** | **55,715.37** | **53,555.19** | **55,426.90** | **55,351.27** | **56,682.32** | **57,275.40** | **55,351.27** | **56,682.32** | **55,351.27** | **56,978.85** | **663,608.83** |
| ***HEALTHCARE AL WAGES*** | | | | | | | | | | | | | |
| Director Wages | 5,250.00 | 5,000.00 | 5,750.00 | 5,250.00 | 5,500.00 | 5,654.00 | 5,397.00 | 5,911.00 | 5,654.00 | 5,397.00 | 5,654.00 | 5,654.00 | 66,071.00 |
| LPN Wages | 12,524.00 | 11,312.00 | 12,524.00 | 12,120.00 | 12,524.00 | 12,459.36 | 12,874.67 | 12,874.67 | 12,459.36 | 12,874.67 | 12,459.36 | 12,874.67 | 149,880.76 |
| Care Associates AL | 57,012.10 | 52,496.50 | 59,230.15 | 58,035.00 | 61,078.53 | 61,866.58 | 64,688.85 | 65,828.94 | 64,808.72 | 67,729.06 | 66,647.55 | 70,009.22 | 749,431.20 |
| **HEALTHCARE AL LABOR** | **74,786.10** | **68,808.50** | **77,504.15** | **75,405.00** | **79,102.53** | **79,979.94** | **82,960.52** | **84,614.61** | **82,922.08** | **86,000.73** | **84,760.91** | **88,537.89** | **965,382.96** |
| ***PROGRAMMING MC WAGES*** | | | | | | | | | | | | | |
| Program Director Wages | 3,696.00 | 3,520.00 | 4,048.00 | 3,696.00 | 3,872.00 | 3,980.42 | 3,799.49 | 4,161.34 | 3,980.42 | 3,799.49 | 3,980.42 | 3,980.42 | 46,514.00 |
| Program Coordinator Wages | 6,982.75 | 6,307.00 | 6,982.75 | 6,757.50 | 6,982.75 | 6,946.71 | 7,178.27 | 7,178.27 | 6,946.71 | 7,178.27 | 6,946.71 | 7,178.27 | 83,565.96 |
| **PROGRAMMING MC LABOR** | **10,678.75** | **9,827.00** | **11,030.75** | **10,453.50** | **10,854.75** | **10,927.13** | **10,977.76** | **11,339.61** | **10,927.13** | **10,977.76** | **10,927.13** | **11,158.69** | **130,079.96** |
| ***HOUSEKEEPING WAGES*** | | | | | | | | | | | | | |
| Housekeeper Wages | 16,963.20 | 15,501.15 | 17,360.78 | 16,929.00 | 17,692.09 | 17,798.54 | 18,528.06 | 18,732.41 | 18,325.90 | 19,073.00 | 18,655.50 | 19,481.71 | 215,041.34 |
| **HOUSEKEEPING LABOR** | **16,963.20** | **15,501.15** | **17,360.78** | **16,929.00** | **17,692.09** | **17,798.54** | **18,528.06** | **18,732.41** | **18,325.90** | **19,073.00** | **18,655.50** | **19,481.71** | **215,041.34** |

Inspired Living at Lewisville (Ill)
**Budget**
Period = Jan 2022-Dec 2022
Book = Accrual ; Tree = 2022_is_detailed

| | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***PLANT OPERATIONS WAGES*** | | | | | | | | | | | | | |
| Director Wages | 5,451.92 | 5,192.30 | 5,971.15 | 5,451.92 | 5,711.53 | 5,871.45 | 5,604.57 | 6,138.34 | 5,871.45 | 5,604.57 | 5,871.45 | 5,871.45 | 68,612.10 |
| Plant Ops Staff Wages | 3,596.00 | 3,248.00 | 3,596.00 | 3,480.00 | 3,596.00 | 3,577.44 | 3,696.69 | 3,696.69 | 3,577.44 | 3,696.69 | 3,577.44 | 3,696.69 | 43,035.08 |
| **PLANT OPERATIONS LABOR** | **9,047.92** | **8,440.30** | **9,567.15** | **8,931.92** | **9,307.53** | **9,448.89** | **9,301.26** | **9,835.03** | **9,448.89** | **9,301.26** | **9,448.89** | **9,568.14** | **111,647.18** |
| ***SALES WAGES*** | | | | | | | | | | | | | |
| Director Wages | 8,222.95 | 7,831.38 | 9,006.09 | 8,222.95 | 8,614.52 | 8,855.73 | 8,453.20 | 9,258.26 | 8,855.73 | 8,453.20 | 8,855.73 | 8,855.73 | 103,485.47 |
| **SALES LABOR** | **8,222.95** | **7,831.38** | **9,006.09** | **8,222.95** | **8,614.52** | **8,855.73** | **8,453.20** | **9,258.26** | **8,855.73** | **8,453.20** | **8,855.73** | **8,855.73** | **103,485.47** |
| ***ADMINISTRATION WAGES*** | | | | | | | | | | | | | |
| Executive Director Wages | 10,500.00 | 10,000.00 | 11,500.00 | 10,500.00 | 11,000.00 | 11,308.00 | 10,794.00 | 11,822.00 | 11,308.00 | 10,794.00 | 11,308.00 | 11,308.00 | 132,142.00 |
| Director of Associate Development Wages | 3,634.62 | 3,461.54 | 3,980.77 | 3,634.62 | 3,807.69 | 3,914.31 | 3,736.39 | 4,092.23 | 3,914.31 | 3,736.39 | 3,914.31 | 3,914.31 | 45,741.49 |
| Concierge Wages | 8,215.00 | 7,420.00 | 8,215.00 | 7,950.00 | 8,215.00 | 8,172.60 | 8,445.02 | 8,445.02 | 8,172.60 | 8,445.02 | 8,172.60 | 8,445.02 | 98,312.88 |
| Transportation Wages | 1,550.00 | 1,400.00 | 1,550.00 | 1,500.00 | 1,550.00 | 1,542.00 | 1,593.40 | 1,593.40 | 1,542.00 | 1,593.40 | 1,542.00 | 1,593.40 | 18,549.60 |
| **ADMINISTRATION LABOR** | **23,899.62** | **22,281.54** | **25,245.77** | **23,584.62** | **24,572.69** | **24,936.91** | **24,568.81** | **25,952.65** | **24,936.91** | **24,568.81** | **24,936.91** | **25,260.73** | **294,745.97** |
| ***OVERTIME WAGES*** | | | | | | | | | | | | | |
| Healthcare AL OT | 1,390.72 | 1,276.17 | 1,435.08 | 1,403.10 | 1,472.05 | 1,486.52 | 1,551.27 | 1,574.07 | 1,545.36 | 1,612.07 | 1,582.14 | 1,657.68 | 17,986.23 |
| Healthcare MC OT | 981.62 | 886.62 | 981.62 | 949.95 | 981.62 | 976.55 | 1,009.10 | 1,009.10 | 976.55 | 1,009.10 | 976.55 | 1,009.10 | 11,747.48 |
| **TOTAL OVERTIME LABOR** | **2,372.34** | **2,162.79** | **2,416.70** | **2,353.05** | **2,453.67** | **2,463.07** | **2,560.37** | **2,583.17** | **2,521.91** | **2,621.17** | **2,558.69** | **2,666.78** | **29,733.71** |
| ***TRAINING WAGES*** | | | | | | | | | | | | | |
| Training | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 5,760.00 |
| Training | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 480.00 | 5,760.00 |
| Training | 960.00 | 960.00 | 960.00 | 960.00 | 960.00 | 960.00 | 960.00 | 960.00 | 960.00 | 960.00 | 960.00 | 960.00 | 11,520.00 |
| **TRAINING WAGES** | **1,920.00** | **1,920.00** | **1,920.00** | **1,920.00** | **1,920.00** | **1,920.00** | **1,920.00** | **1,920.00** | **1,920.00** | **1,920.00** | **1,920.00** | **1,920.00** | **23,040.00** |
| ***COMMISSIONS & BONUSES*** | | | | | | | | | | | | | |
| Commissions Healthcare MC | 1,575.00 | 1,575.00 | 1,575.00 | 1,575.00 | 1,575.00 | 1,575.00 | 1,575.00 | 1,575.00 | 1,575.00 | 1,575.00 | 1,575.00 | 1,575.00 | 18,900.00 |
| Commissions Sales | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 54,000.00 |
| Commissions Administration | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 10,800.00 |
| Bonus Healthcare MC | 460.42 | 460.42 | 460.42 | 460.42 | 460.42 | 460.42 | 460.42 | 460.42 | 460.42 | 460.42 | 460.42 | 460.42 | 5,525.04 |
| Bonus Actvities MC | 162.07 | 162.07 | 162.07 | 162.07 | 162.07 | 162.07 | 162.07 | 162.07 | 162.07 | 162.07 | 162.07 | 162.07 | 1,944.84 |
| Bonus Maintenance | 239.06 | 239.06 | 239.06 | 239.06 | 239.06 | 239.06 | 239.06 | 239.06 | 239.06 | 239.06 | 239.06 | 239.06 | 2,868.72 |
| Bonus Administration | 1,540.63 | 1,540.63 | 1,540.63 | 1,540.63 | 1,540.63 | 1,540.63 | 1,540.63 | 1,540.63 | 1,540.63 | 1,540.63 | 1,540.63 | 1,540.63 | 18,487.56 |
| **COMMISSIONS & BONUSES** | **9,377.18** | **9,377.18** | **9,377.18** | **9,377.18** | **9,377.18** | **9,377.18** | **9,377.18** | **9,377.18** | **9,377.18** | **9,377.18** | **9,377.18** | **9,377.18** | **112,526.16** |

Inspired Living at Lewisville (Ill)
**Budget**
Period = Jan 2022-Dec 2022
Book = Accrual ; Tree = 2022_is_detailed

| | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***PAYROLL TAXES*** | | | | | | | | | | | | | |
| FICA Tax | 16,102.22 | 14,866.25 | 16,617.63 | 15,974.15 | 16,631.24 | 16,764.11 | 17,090.82 | 17,516.08 | 17,034.02 | 17,369.74 | 17,202.72 | 17,739.25 | 200,908.23 |
| FUTA Tax | 1,052.43 | 971.65 | 1,086.12 | 1,044.06 | 1,087.01 | 1,095.69 | 1,117.05 | 1,144.84 | 1,113.33 | 1,135.28 | 1,124.36 | 1,159.43 | 13,131.25 |
| SUI TAX | 473.59 | 437.24 | 488.75 | 469.83 | 489.15 | 493.06 | 502.67 | 515.18 | 501.00 | 510.87 | 505.96 | 521.74 | 5,909.04 |
| **PAYROLL TAXES** | **17,628.24** | **16,275.14** | **18,192.50** | **17,488.04** | **18,207.40** | **18,352.86** | **18,710.54** | **19,176.10** | **18,648.35** | **19,015.89** | **18,833.04** | **19,420.42** | **219,948.52** |
| ***EMPLOYEE BENEFITS*** | | | | | | | | | | | | | |
| Employee Insurance | 6,195.00 | 6,195.00 | 6,195.00 | 6,195.00 | 6,195.00 | 6,195.00 | 6,195.00 | 6,195.00 | 6,195.00 | 6,195.00 | 6,195.00 | 6,195.00 | 74,340.00 |
| Employee Hiring & Moving | 1,154.81 | 1,154.81 | 1,154.81 | 1,154.81 | 1,154.81 | 1,154.81 | 1,154.81 | 1,154.81 | 1,154.81 | 1,154.81 | 1,154.81 | 1,154.81 | 13,857.72 |
| Uniform Expense | 913.24 | 913.24 | 913.24 | 913.24 | 913.24 | 913.24 | 913.24 | 913.24 | 913.24 | 913.24 | 913.24 | 913.24 | 10,958.88 |
| **EMPLOYEE BENEFITS** | **8,263.05** | **8,263.05** | **8,263.05** | **8,263.05** | **8,263.05** | **8,263.05** | **8,263.05** | **8,263.05** | **8,263.05** | **8,263.05** | **8,263.05** | **8,263.05** | **99,156.60** |
| ***WORKER'S COMPENSATION*** | | | | | | | | | | | | | |
| Worker's Compensation | 8,440.36 | 8,440.36 | 8,440.36 | 8,440.36 | 8,440.36 | 8,440.36 | 8,440.36 | 8,440.36 | 8,440.36 | 8,440.36 | 8,440.36 | 8,440.36 | 101,284.32 |
| **WORKER'S COMPENSATION** | **8,440.36** | **8,440.36** | **8,440.36** | **8,440.36** | **8,440.36** | **8,440.36** | **8,440.36** | **8,440.36** | **8,440.36** | **8,440.36** | **8,440.36** | **8,440.36** | **101,284.32** |
| **TOTAL LABOR COST** | **246,738.15** | **229,228.62** | **254,039.85** | **244,923.86** | **254,232.67** | **256,114.93** | **260,743.43** | **266,767.83** | **259,938.76** | **264,694.73** | **262,328.66** | **269,929.53** | **3,069,681.02** |
| ***NON LABOR EXPENSES*** | | | | | | | | | | | | | |
| ***HEALTHCARE MC NON LABOR*** | | | | | | | | | | | | | |
| Allocation of Dining Expense | 3.61 | 3.30 | 3.70 | 3.60 | 3.77 | 3.69 | 3.84 | 3.88 | 3.79 | 3.95 | 3.86 | 4.03 | 45.02 |
| Medical Supplies | 1,733.45 | 1,584.05 | 1,774.08 | 1,729.96 | 1,807.94 | 1,769.28 | 1,841.80 | 1,862.11 | 1,821.70 | 1,895.97 | 1,854.46 | 1,936.59 | 21,611.39 |
| Incontinency Supplies | 351.37 | 321.09 | 359.61 | 350.66 | 366.47 | 358.63 | 373.33 | 377.45 | 369.26 | 384.31 | 375.90 | 392.55 | 4,380.63 |
| Infectious Waste Disposal | 186.71 | 170.62 | 191.09 | 186.34 | 194.74 | 190.57 | 198.38 | 200.57 | 196.22 | 204.22 | 199.75 | 208.60 | 2,327.81 |
| Training & Education | 95.33 | 87.11 | 97.56 | 95.14 | 99.43 | 97.30 | 101.29 | 102.41 | 100.18 | 104.27 | 101.99 | 106.50 | 1,188.51 |
| **HEALTHCARE MC NON LABOR** | **2,370.47** | **2,166.17** | **2,426.04** | **2,365.70** | **2,472.35** | **2,419.47** | **2,518.64** | **2,546.42** | **2,491.15** | **2,592.72** | **2,535.96** | **2,648.27** | **29,553.36** |
| ***PROGRAMMING MC NON LABOR*** | | | | | | | | | | | | | |
| Contract Services | 525.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 525.00 |
| Entertainers | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 7,200.00 |
| Resident Gifts | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 1,440.00 |
| Resident Activities | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 15,000.00 |
| **PROGRAMMING MC NON LABOR** | **2,495.00** | **1,970.00** | **1,970.00** | **1,970.00** | **1,970.00** | **1,970.00** | **1,970.00** | **1,970.00** | **1,970.00** | **1,970.00** | **1,970.00** | **1,970.00** | **24,165.00** |
| ***HOUSEKEEPING NON LABOR*** | | | | | | | | | | | | | |
| Housekeeping Supplies | 2,014.20 | 1,840.60 | 2,061.41 | 2,010.14 | 2,100.75 | 2,055.83 | 2,140.09 | 2,163.69 | 2,116.74 | 2,203.03 | 2,154.81 | 2,250.24 | 25,111.53 |
| Equipment Rental/Purchases | 111.06 | 101.49 | 113.66 | 110.83 | 115.83 | 113.35 | 118.00 | 119.30 | 116.71 | 121.47 | 118.81 | 124.07 | 1,384.58 |

Inspired Living at Lewisville (Ill)
**Budget**
Period = Jan 2022-Dec 2022
Book = Accrual ; Tree = 2022_is_detailed

| | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOUSEKEEPING NON LABOR** | 2,125.26 | 1,942.09 | 2,175.07 | 2,120.97 | 2,216.58 | 2,169.18 | 2,258.09 | 2,282.99 | 2,233.45 | 2,324.50 | 2,273.62 | 2,374.31 | 26,496.11 |
| ***PLANT OPERATIONS NON LABOR*** | | | | | | | | | | | | | |
| Fire Inspection & Training | 1,194.58 | 1,194.58 | 1,194.58 | 1,194.58 | 1,194.58 | 1,194.58 | 1,194.58 | 1,194.58 | 1,194.58 | 1,194.58 | 1,194.58 | 1,194.58 | 14,334.96 |
| Repairs & Maintenance | 3,013.42 | 2,753.69 | 3,084.04 | 3,007.34 | 3,142.90 | 3,075.69 | 3,201.75 | 3,237.07 | 3,166.82 | 3,295.92 | 3,223.78 | 3,366.55 | 37,568.97 |
| Between Tenant Renovations | 1,765.54 | 1,613.37 | 1,806.92 | 1,761.98 | 1,841.41 | 1,802.03 | 1,875.89 | 1,896.58 | 1,855.42 | 1,931.06 | 1,888.79 | 1,972.44 | 22,011.43 |
| Pest Control | 446.00 | 446.00 | 446.00 | 446.00 | 446.00 | 446.00 | 446.00 | 446.00 | 446.00 | 446.00 | 446.00 | 446.00 | 5,352.00 |
| Contract Services | 1,510.12 | 1,379.97 | 1,545.52 | 1,507.08 | 1,575.01 | 1,541.33 | 1,604.51 | 1,622.20 | 1,587.00 | 1,651.70 | 1,615.54 | 1,687.09 | 18,827.07 |
| Supplies Maintenance | 2,877.34 | 2,629.34 | 2,944.77 | 2,871.54 | 3,000.97 | 2,936.80 | 3,057.17 | 3,090.89 | 3,023.81 | 3,147.09 | 3,078.20 | 3,214.52 | 35,872.44 |
| Property landscaping | 2,665.25 | 2,665.25 | 2,665.25 | 2,665.25 | 2,665.25 | 2,665.25 | 2,665.25 | 2,665.25 | 2,665.25 | 2,665.25 | 2,665.25 | 2,665.25 | 31,983.00 |
| Equipment Rental/Purchases | 52.56 | 48.03 | 53.80 | 52.46 | 54.82 | 53.65 | 55.85 | 56.47 | 55.24 | 57.49 | 56.23 | 58.72 | 655.32 |
| Maintenance Start Up Supplies | 17.73 | 16.20 | 18.14 | 17.69 | 18.49 | 18.09 | 18.83 | 19.04 | 18.63 | 19.39 | 18.96 | 19.80 | 220.99 |
| HVAC Contract | 177.60 | 177.60 | 177.60 | 177.60 | 177.60 | 177.60 | 177.60 | 177.60 | 177.60 | 177.60 | 177.60 | 177.60 | 2,131.20 |
| Generator Contract | 364.26 | 364.26 | 364.26 | 364.26 | 364.26 | 364.26 | 364.26 | 364.26 | 364.26 | 364.26 | 364.26 | 364.26 | 4,371.12 |
| Grease Trap Contract | 120.84 | 120.84 | 120.84 | 120.84 | 120.84 | 120.84 | 120.84 | 120.84 | 120.84 | 120.84 | 120.84 | 120.84 | 1,450.08 |
| Pool Service | 461.35 | 461.35 | 461.35 | 461.35 | 461.35 | 461.35 | 461.35 | 461.35 | 461.35 | 461.35 | 461.35 | 461.35 | 5,536.20 |
| FishTank | 339.61 | 339.61 | 339.61 | 339.61 | 339.61 | 339.61 | 339.61 | 339.61 | 339.61 | 339.61 | 339.61 | 339.61 | 4,075.32 |
| Elevator Service Contract | 960.24 | 960.24 | 960.24 | 960.24 | 960.24 | 960.24 | 960.24 | 960.24 | 960.24 | 960.24 | 960.24 | 960.24 | 11,522.88 |
| **PLANT OPERATIONS NON LABOR** | 15,966.44 | 15,170.33 | 16,182.92 | 15,947.82 | 16,363.33 | 16,157.32 | 16,543.73 | 16,651.98 | 16,436.65 | 16,832.38 | 16,611.23 | 17,048.85 | 195,912.98 |
| ***TRANSPORTATION NON LABOR*** | | | | | | | | | | | | | |
| Auto Exp - Gas | 34.28 | 31.33 | 35.09 | 34.21 | 35.76 | 34.99 | 36.43 | 36.83 | 36.03 | 37.50 | 36.68 | 38.30 | 427.43 |
| Automobile Expense (Other) | 20.13 | 18.40 | 20.60 | 20.09 | 21.00 | 20.55 | 21.39 | 21.63 | 21.16 | 22.02 | 21.54 | 22.49 | 251.00 |
| Equipment Rental/Purchases | 27.32 | 24.97 | 27.96 | 27.27 | 28.50 | 27.89 | 29.03 | 29.35 | 28.72 | 29.89 | 29.23 | 30.53 | 340.66 |
| **TRANSPORTATION NON LABOR** | 81.73 | 74.70 | 83.65 | 81.57 | 85.26 | 83.43 | 86.85 | 87.81 | 85.91 | 89.41 | 87.45 | 91.32 | 1,019.09 |
| ***SALES NON LABOR*** | | | | | | | | | | | | | |
| Creative Follow-up | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 4,800.00 |
| Outreach/Community Relations | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 12,000.00 |
| Special Events | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 7,200.00 |
| **SALES NON LABOR** | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 24,000.00 |
| ***ADMINISTRATION NON LABOR*** | | | | | | | | | | | | | |
| Allocation of Dining Expense | 152.08 | 138.97 | 155.64 | 151.77 | 158.61 | 155.22 | 161.58 | 163.36 | 159.82 | 166.33 | 162.69 | 169.90 | 1,895.97 |
| Payroll Processing Fees | 4,270.88 | 3,902.77 | 4,370.98 | 4,262.27 | 4,454.39 | 4,359.14 | 4,537.81 | 4,587.86 | 4,488.30 | 4,671.27 | 4,569.02 | 4,771.37 | 53,246.06 |
| Barber & Beauty Expense | 2,058.90 | 1,881.44 | 2,107.15 | 2,054.75 | 2,147.37 | 2,101.45 | 2,187.58 | 2,211.71 | 2,163.71 | 2,251.92 | 2,202.63 | 2,300.18 | 25,668.79 |
| Contract Services | 806.48 | 736.97 | 825.38 | 804.85 | 841.13 | 823.15 | 856.88 | 866.34 | 847.53 | 882.09 | 862.78 | 900.99 | 10,054.57 |
| Supplies | 1,303.64 | 1,191.28 | 1,334.20 | 1,301.01 | 1,359.66 | 1,330.58 | 1,385.12 | 1,400.40 | 1,370.01 | 1,425.86 | 1,394.65 | 1,456.41 | 16,252.82 |

Inspired Living at Lewisville (Ill)
## Budget
Period = Jan 2022-Dec 2022
Book = Accrual ; Tree = 2022_is_detailed

| | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BW and Color Copies Administration | 1,036.89 | 947.52 | 1,061.19 | 1,034.80 | 1,081.44 | 1,058.32 | 1,101.70 | 1,113.85 | 1,089.68 | 1,134.10 | 1,109.27 | 1,158.40 | 12,927.16 |
| Special Events | 74.00 | 67.63 | 75.74 | 73.85 | 77.18 | 75.53 | 78.63 | 79.50 | 77.77 | 80.94 | 79.17 | 82.68 | 922.62 |
| Memberships/Subscriptions/Dues | 444.90 | 406.55 | 455.33 | 444.00 | 464.02 | 454.09 | 472.70 | 477.92 | 467.55 | 486.61 | 475.96 | 497.04 | 5,546.67 |
| Subscriptions | 92.90 | 84.89 | 95.08 | 92.71 | 96.89 | 94.82 | 98.71 | 99.79 | 97.63 | 101.61 | 99.38 | 103.79 | 1,158.20 |
| Software Support Fees | 5,251.21 | 4,798.61 | 5,374.28 | 5,240.62 | 5,476.84 | 5,359.72 | 5,579.41 | 5,640.94 | 5,518.53 | 5,743.51 | 5,617.78 | 5,866.58 | 65,468.03 |
| Bank Fees | 368.46 | 336.70 | 377.10 | 367.72 | 384.29 | 376.08 | 391.49 | 395.81 | 387.22 | 403.01 | 394.18 | 411.64 | 4,593.70 |
| Licenses/Permits | 1,125.40 | 1,028.40 | 1,151.77 | 1,123.13 | 1,173.75 | 1,148.65 | 1,195.73 | 1,208.92 | 1,182.69 | 1,230.90 | 1,203.96 | 1,257.28 | 14,030.58 |
| Equipment Rental/Purchases | 7.93 | 7.24 | 8.11 | 7.91 | 8.27 | 8.09 | 8.42 | 8.52 | 8.33 | 8.67 | 8.48 | 8.86 | 98.83 |
| Employee Recognition / Awards | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 2,000.00 | 13,000.00 |
| Travel Costs (non meal costs) | 357.27 | 326.47 | 365.64 | 356.55 | 372.62 | 364.65 | 379.60 | 383.78 | 375.45 | 390.76 | 382.21 | 399.13 | 4,454.13 |
| Telephone - Cell | 350.69 | 320.47 | 358.91 | 349.99 | 365.76 | 357.94 | 372.61 | 376.72 | 368.55 | 383.57 | 375.17 | 391.79 | 4,372.17 |
| Cable & Internet | 6,687.50 | 6,111.11 | 6,844.24 | 6,674.02 | 6,974.85 | 6,825.70 | 7,105.47 | 7,183.84 | 7,027.94 | 7,314.45 | 7,154.34 | 7,471.19 | 83,374.65 |
| **ADMINISTRATION NON LABOR** | **25,389.13** | **23,287.02** | **25,960.74** | **25,339.95** | **26,437.07** | **25,893.13** | **26,913.44** | **27,199.26** | **26,630.71** | **27,675.60** | **27,091.67** | **29,247.23** | **317,064.95** |
| ***DINING EXPENSE*** | | | | | | | | | | | | | |
| ***DINING NON LABOR*** | | | | | | | | | | | | | |
| Repairs &amp; Maintenance | 173.20 | 158.27 | 177.26 | 172.85 | 180.64 | 176.78 | 184.03 | 186.06 | 187.48 | 195.12 | 190.85 | 199.30 | 2,181.84 |
| Contract Services | 154.44 | 141.13 | 158.06 | 154.13 | 161.08 | 157.63 | 164.09 | 165.90 | 167.17 | 173.99 | 170.18 | 177.71 | 1,945.51 |
| Supplies Dining | 9.96 | 9.10 | 10.19 | 9.94 | 10.38 | 10.16 | 10.58 | 10.69 | 10.78 | 11.22 | 10.97 | 11.46 | 125.43 |
| Equipment Rental/Purchases | 12.54 | 11.46 | 12.84 | 12.52 | 13.08 | 12.80 | 13.33 | 13.48 | 13.58 | 14.13 | 13.82 | 14.44 | 158.02 |
| Non-Labor Allocation - Sodexo | 1,715.78 | 1,567.90 | 1,756.00 | 1,712.32 | 1,789.51 | 1,751.24 | 1,823.02 | 1,843.12 | 1,857.22 | 1,932.94 | 1,890.62 | 1,974.36 | 21,614.03 |
| Guest Meals | -15.42 | -14.09 | -15.78 | -15.39 | -16.08 | -15.74 | -16.38 | -16.56 | -16.69 | -17.37 | -16.99 | -17.74 | -194.23 |
| Employee Meals | -6.99 | -6.38 | -7.15 | -6.97 | -7.29 | -7.13 | -7.42 | -7.50 | -7.56 | -7.87 | -7.70 | -8.04 | -88.00 |
| **DINING NON LABOR** | **2,043.51** | **1,867.39** | **2,091.42** | **2,039.40** | **2,131.32** | **2,085.74** | **2,171.25** | **2,195.19** | **2,211.98** | **2,302.16** | **2,251.75** | **2,351.49** | **25,742.60** |
| ***DINING - CONTRACT EXPENSE*** | | | | | | | | | | | | | |
| Sodexo Allocation | 94,835.20 | 86,661.40 | 97,057.90 | 94,644.00 | 98,910.15 | 96,795.00 | 100,762.40 | 101,873.75 | 102,652.89 | 106,837.78 | 104,499.17 | 109,127.16 | 1,194,656.80 |
| **TOTAL DINING CONTRACT EXPENSE** | **94,835.20** | **86,661.40** | **97,057.90** | **94,644.00** | **98,910.15** | **96,795.00** | **100,762.40** | **101,873.75** | **102,652.89** | **106,837.78** | **104,499.17** | **109,127.16** | **1,194,656.80** |
| **TOTAL DINING EXPENSE** | **96,878.71** | **88,528.79** | **99,149.32** | **96,683.40** | **101,041.47** | **98,880.74** | **102,933.65** | **104,068.94** | **104,864.87** | **109,139.94** | **106,750.92** | **111,478.65** | **1,220,399.40** |
| ***REFERRAL FEES*** | | | | | | | | | | | | | |
| Referral Fees | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 60,000.00 |
| **TOTAL Referral Fees** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **60,000.00** |
| ***MARKETING EXPENSES*** | | | | | | | | | | | | | |
| Branded Collateral | 256.91 | 256.91 | 256.91 | 256.91 | 256.91 | 256.91 | 256.91 | 256.91 | 256.91 | 256.91 | 256.91 | 256.91 | 3,082.92 |

Page 6 of 8

Inspired Living at Lewisville (Ill)
**Budget**
Period = Jan 2022-Dec 2022
Book = Accrual ; Tree = 2022_is_detailed

| | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Print Media | 1,732.09 | 1,732.09 | 1,732.09 | 1,732.09 | 1,732.09 | 1,732.09 | 1,732.09 | 1,732.09 | 1,732.09 | 1,732.09 | 1,732.09 | 1,732.09 | 20,785.08 |
| Website | 466.65 | 466.65 | 466.65 | 466.65 | 466.65 | 466.65 | 466.65 | 466.65 | 466.65 | 466.65 | 466.65 | 466.65 | 5,599.80 |
| Brand Awareness | 80.14 | 80.14 | 80.14 | 80.14 | 80.14 | 80.14 | 80.14 | 80.14 | 80.14 | 80.14 | 80.14 | 80.14 | 961.68 |
| Signage | 5.55 | 5.55 | 5.55 | 5.55 | 5.55 | 5.55 | 5.55 | 5.55 | 5.55 | 5.55 | 5.55 | 5.55 | 66.60 |
| Lead Acquisition | 355.31 | 355.31 | 355.31 | 355.31 | 355.31 | 355.31 | 355.31 | 355.31 | 355.31 | 355.31 | 355.31 | 355.31 | 4,263.72 |
| Contract Services | 2,914.48 | 2,914.48 | 2,914.48 | 2,914.48 | 2,914.48 | 2,914.48 | 2,914.48 | 2,914.48 | 2,914.48 | 2,914.48 | 2,914.48 | 2,914.48 | 34,973.76 |
| Subscriptions | 438.89 | 438.89 | 438.89 | 438.89 | 438.89 | 438.89 | 438.89 | 438.89 | 438.89 | 438.89 | 438.89 | 438.89 | 5,266.68 |
| Subscriptions | 2,453.26 | 2,453.26 | 2,453.26 | 2,453.26 | 2,453.26 | 2,453.26 | 2,453.26 | 2,453.26 | 2,453.26 | 2,453.26 | 2,453.26 | 2,453.26 | 29,439.12 |
| **TOTAL MARKETING EXPENSE** | **8,703.28** | **8,703.28** | **8,703.28** | **8,703.28** | **8,703.28** | **8,703.28** | **8,703.28** | **8,703.28** | **8,703.28** | **8,703.28** | **8,703.28** | **8,703.28** | **104,439.36** |
| **TOTAL NON LABOR COST** | 161,010.02 | 148,842.38 | 163,651.02 | 160,212.69 | 166,289.34 | 163,276.55 | 168,927.68 | 170,510.68 | 170,416.02 | 176,327.83 | 173,024.13 | 180,561.91 | 2,003,050.25 |
| **TOTAL CONTROLLABLE COST** | 407,748.17 | 378,071.00 | 417,690.87 | 405,136.55 | 420,522.01 | 419,391.48 | 429,671.11 | 437,278.51 | 430,354.78 | 441,022.56 | 435,352.79 | 450,491.44 | 5,072,731.27 |
| ***TOTAL NON-CONTROLLABLE COSTS*** | | | | | | | | | | | | | |
| ***HOME OFFICE ALLOCATIONS*** | | | | | | | | | | | | | |
| Corporate Allocation - Administration | 7,383.87 | 7,383.87 | 7,383.87 | 7,383.87 | 7,383.87 | 7,383.87 | 7,383.87 | 7,383.87 | 7,383.87 | 7,383.87 | 7,383.87 | 7,383.87 | 88,606.44 |
| VSL Travel Costs | 763.59 | 763.59 | 763.59 | 763.59 | 763.59 | 763.59 | 763.59 | 763.59 | 763.59 | 763.59 | 763.59 | 763.59 | 9,163.08 |
| VSL Meals & Entertainment | 185.87 | 185.87 | 185.87 | 185.87 | 185.87 | 185.87 | 185.87 | 185.87 | 185.87 | 185.87 | 185.87 | 185.87 | 2,230.44 |
| **TOTAL HOME OFFICE ALLOCATIONS** | **8,333.33** | **8,333.33** | **8,333.33** | **8,333.33** | **8,333.33** | **8,333.33** | **8,333.33** | **8,333.33** | **8,333.33** | **8,333.33** | **8,333.33** | **8,333.33** | **99,999.96** |
| ***UTILITIES*** | | | | | | | | | | | | | |
| Water & Sewer | 4,708.99 | 4,589.88 | 4,741.38 | 4,706.21 | 4,768.37 | 4,737.55 | 4,795.37 | 4,811.56 | 4,779.34 | 4,838.55 | 4,805.47 | 4,870.94 | 57,153.61 |
| Trash Removal | 2,280.46 | 2,222.77 | 2,296.14 | 2,279.11 | 2,309.21 | 2,294.29 | 2,322.29 | 2,330.13 | 2,314.53 | 2,343.20 | 2,327.18 | 2,358.89 | 27,678.20 |
| Gas | 678.15 | 661.00 | 682.81 | 677.75 | 686.70 | 682.26 | 690.59 | 692.92 | 688.28 | 696.81 | 692.04 | 701.47 | 8,230.78 |
| Electric | 11,151.57 | 10,869.49 | 11,228.27 | 11,144.97 | 11,292.19 | 11,219.20 | 11,356.12 | 11,394.47 | 11,318.18 | 11,458.39 | 11,380.03 | 11,535.10 | 135,347.98 |
| **TOTAL UTILITIES** | **18,819.17** | **18,343.14** | **18,948.60** | **18,808.04** | **19,056.47** | **18,933.30** | **19,164.37** | **19,229.08** | **19,100.33** | **19,336.95** | **19,204.72** | **19,466.40** | **228,410.57** |
| ***PROFESSIONAL FEES*** | | | | | | | | | | | | | |
| Legal & Professional Fees | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 9,999.96 |
| **TOTAL PROFESSIONAL FEES** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **9,999.96** |
| ***MANAGEMENT FEES*** | | | | | | | | | | | | | |
| Management Fee Expense | 39,627.58 | 40,045.92 | 40,533.72 | 40,823.97 | 41,288.84 | 41,729.84 | 42,043.96 | 42,497.03 | 42,937.67 | 43,252.14 | 43,692.56 | 44,158.29 | 502,631.52 |
| **TOTAL MANAGEMENT FEES** | **39,627.58** | **40,045.92** | **40,533.72** | **40,823.97** | **41,288.84** | **41,729.84** | **42,043.96** | **42,497.03** | **42,937.67** | **43,252.14** | **43,692.56** | **44,158.29** | **502,631.52** |
| ***PROPERTY TAXES*** | | | | | | | | | | | | | |

1/11/2022 1:13 PM

Inspired Living at Lewisville (lll)
**Budget**
Period = Jan 2022-Dec 2022
Book = Accrual ; Tree = 2022_is_detailed

| | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taxes - Real Estate | 41,102.49 | 41,102.49 | 41,102.49 | 41,102.49 | 41,102.49 | 41,102.49 | 41,102.49 | 41,102.49 | 41,102.49 | 41,102.49 | 41,102.49 | 41,102.49 | 493,229.88 |
| Taxes - Personal Property | 4.55 | 4.55 | 4.55 | 4.55 | 4.55 | 4.55 | 4.55 | 4.55 | 4.55 | 4.55 | 4.55 | 4.55 | 54.60 |
| **TOTAL PROPERTY TAXES** | **41,107.04** | **41,107.04** | **41,107.04** | **41,107.04** | **41,107.04** | **41,107.04** | **41,107.04** | **41,107.04** | **41,107.04** | **41,107.04** | **41,107.04** | **41,107.04** | **493,284.48** |
| *INSURANCE* | | | | | | | | | | | | | |
| Insurance - Property | 3,323.25 | 3,323.25 | 3,323.25 | 3,323.25 | 3,323.25 | 3,323.25 | 3,323.25 | 3,323.25 | 3,323.25 | 3,323.25 | 3,323.25 | 3,323.25 | 39,879.00 |
| Insurance - Liability | 22,848.16 | 22,848.16 | 22,848.16 | 22,848.16 | 22,848.16 | 22,848.16 | 22,848.16 | 22,848.16 | 22,848.16 | 22,848.16 | 22,848.16 | 22,848.16 | 274,177.92 |
| Insurance - Automobile | 1,654.87 | 1,654.87 | 1,654.87 | 1,654.87 | 1,654.87 | 1,654.87 | 1,654.87 | 1,654.87 | 1,654.87 | 1,654.87 | 1,654.87 | 1,654.87 | 19,858.44 |
| Insurance - Cyber | 105.24 | 105.24 | 105.24 | 105.24 | 105.24 | 105.24 | 105.24 | 105.24 | 105.24 | 105.24 | 105.24 | 105.24 | 1,262.88 |
| Insurance - EPLI | 400.97 | 400.97 | 400.97 | 400.97 | 400.97 | 400.97 | 400.97 | 400.97 | 400.97 | 400.97 | 400.97 | 400.97 | 4,811.64 |
| Insurance - Flood | 1,769.07 | 1,769.07 | 1,769.07 | 1,769.07 | 1,769.07 | 1,769.07 | 1,769.07 | 1,769.07 | 1,769.07 | 1,769.07 | 1,769.07 | 1,769.07 | 21,228.84 |
| **TOTAL INSURANCE** | **30,101.56** | **30,101.56** | **30,101.56** | **30,101.56** | **30,101.56** | **30,101.56** | **30,101.56** | **30,101.56** | **30,101.56** | **30,101.56** | **30,101.56** | **30,101.56** | **361,218.72** |
| **TOTAL NON-CONTROLLABLE COSTS** | 138,822.01 | 138,764.32 | 139,857.58 | 140,007.27 | 140,720.57 | 141,038.40 | 141,583.59 | 142,101.37 | 142,413.26 | 142,964.35 | 143,272.54 | 143,999.95 | 1,695,545.21 |
| **TOTAL EXPENSES** | 546,570.18 | 516,835.32 | 557,548.45 | 545,143.82 | 561,242.58 | 560,429.88 | 571,254.70 | 579,379.88 | 572,768.04 | 583,986.91 | 578,625.33 | 594,491.39 | 6,768,276.48 |
| **NET OPERATING INCOME (LOSS)** | 113,889.55 | 150,596.74 | 118,013.63 | 135,255.71 | 126,904.77 | 135,067.50 | 129,477.95 | 128,903.92 | 142,859.85 | 136,882.20 | 149,584.09 | 141,480.04 | 1,608,915.95 |
| *NON OPERATING EXPENSES* | | | | | | | | | | | | | |
| Non Operating Expenses | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 833.33 | 9,999.96 |
| **NON OPERATING EXPENSES** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **833.33** | **9,999.96** |
| **NET INCOME (LOSS)** | 113,056.22 | 149,763.41 | 117,180.30 | 134,422.38 | 126,071.44 | 134,234.17 | 128,644.62 | 128,070.59 | 142,026.52 | 136,048.87 | 148,750.76 | 140,646.71 | 1,598,915.99 |

**STATISTICS**

```
Label Matrix for local noticing      Senior Care Living VII, LLC         A Place for Mom, Inc.
113A-8                               3665 East Bay Drive, Ste. 204-429   PO Box 913241
Case 8:22-bk-00103-CED               Largo, FL 33771-1990                Denver, CO 80291-3155
Middle District of Florida
Tampa
Tue Jan 11 13:56:57 EST 2022

Accushield, LLC                      Airgas USA, LLC                     Allegra
Suite 360                            PO Box 734672                       107 N Jefferson St
2030 Powers Ferry Rd SE              Dallas, TX 75373-4672               Tampa, FL 33602-5001
Atlanta, GA 30339-5016


Aquarium Environments, Inc.          Aquarius Water Refining             Arrow Exterminators, Inc.
d/b/a Fish Gallery                   PO Box 337                          5750 Rufe Snow Drive
2909 Fountainview Drive              Wimauma, FL 33598-0337              North Richland Hills, TX 76180-6163
Houston, TX 77057-6105


Bluestone Pools, LLC                 Cawley Company                      Commercial Safety Systems
PO Box 92923                         PO Box 2110                         PO Box 8499
Southlake, TX 76092-0923             Manitowoc, WI 54221-2110            Seminole, FL 33775-8499


Community Payroll                    Department of Revenue               Direct Supply
Suite 400                            PO Box 6668                         PO Box 88201
301 Anchor Plaza Parkway             Tallahassee FL 32314-6668           Milwaukee, WI 53288-8201
Tampa, FL 33634


Echo Lab                             Eldermark Software                  FL Dep of Revenue
PO Box 70343                         PO Box 844707                       Collection Agency Section
Chicago, IL 60673-0343               Boston, MA 02284-4707               5050 W Tennessee St.
                                                                         Tallahassee, FL 32399-6586


G5 Search Marketing, Inc.            HD Supply Facilities Mtnce          HM LIfe Insurance Company
Dept LA 23988                        PO Box 509058                       PO Box 382038
Pasadena, CA 91185-0001              San Diego, CA 92150-9058            Pittsburgh, PA 15251-8038


Internal Revenue Service             Magnolia Fisheries                  McKesson Medical-Surgical
P.O. Box 7346                        PO Box 3087                         PO Box 204786
Philadelphia, PA 19101-7346          Coppell, TX 75019-7001              Dallas, TX 75320-4786


Our Place Tuxedos & Uniforms         Senior Care Living VI, LLC          Senior Living Specialists
2044 Smith Street                    6400 Oilfield Rd                    14580 Berklee Drive
North Providence, RI 02911-1785      Sugar Land, TX 77479-9622           Addison, TX 75001-3532


Silversphere, LLC                    Sodexo, Inc & Affiliates            Songs & Smiles
Suite 200                            PO Box 360170                       Suite 260
2570 W Int'l Speedway Blvd           Pittsburgh, PA 15251-6170           129 S Main Street
Daytona Beach, FL 32114-8145                                             Grapevine, TX 76051-5488
```

| | | |
|---|---|---|
| Thyssenkrupp Elevator Corp<br>PO Box 3796<br>Carol Stream, IL 60132-3796 | UMB Bank, NA Master Trustee<br>120 S. Street #1400<br>Minneapolis, MN 55402 | US Foods, Inc.<br>PO Box 843202<br>Dallas, TX 75284-3202 |
| VSL HOldings, LLC<br>Suite 400<br>4301 Anchor Plaza Parkway<br>Tampa, FL 33634-7529 | Validus Senior Living REIT<br>Suite 400<br>4301 Anchor Plaza Parkwy<br>Tampa, FL 33634-7529 | Michael C Markham +<br>Johnson Pope Bokor Ruppel & Burns LLP<br>401 East Jackson Street, Suite 3100<br>Tampa, FL 33602-5228 |
| United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | J Steven Wilkes +<br>Office of United States Trustee<br>501 East Polk Street<br>Tampa, FL 33602-3949 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Caryl E. Delano
Tampa

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39