UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

SENIOR CARE LIVING VII, LLC,                CASE NO. 8:22-bk-00103-CED
                                            Chapter 11
    Debtor.
_____/

**DEBTOR'S MOTION TO AUTHORIZE
AND DIRECT PAYMENT OF 2020 REAL ESTATE TAXES**

    Debtor, SENIOR CARE LIVING VII, LLC ("Debtor"), by and through its undersigned attorney, hereby seeks an order authorizing and directing the payment of the 2020 real estate taxes to Denton County from the Debt Service Reserve, and respectfully states as follows:

    1.    On January 10, 2022 ("Petition Date"), the Debtor filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code. Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtor is operating as a Debtor-in-Possession and is managing its assets. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C., Sections 1334 and 157. This is a core matter.

    2.    Prior to the bankruptcy filing, the Debtor had funds in "debt service reserve" accounts. According to the Debtor's August 2021 financials, the Debtor had debt service reserve accounts totaling approximately $1,543,128. A copy of the August 2021 financials is attached hereto as **Exhibit A**. The Debtor's August 2021 financials were filed on the Electronic Municipal Market Access (EMMA) web site (presumably by the Bond Trustee).

    3.    After the bankruptcy filing, the Bond Trustee advised that the current balance of the debt service reserves was only $1,054,905.

4. The Bond Trustee has taken the position that the Debtor's debt service reserves are not property of the estate. The Debtor disagrees and believes that such funds are property of the bankruptcy estate. *See Matter of Hernando Healthcare, Inc.*, 157 B.R. 701 (Bankr. M.D. Fla. 1993) (debtor's interest in debt service reserve funds is property of the estate); *UMB Bank, N.A. v. Kanza Bank*, 2013 WL 2477021 (D. Kan. 2013) (issues surrounding debt service reserves were "related to" the debtor's bankruptcy case). In any event, it seems obvious that funds shown on the Debtor's financial statements would be property of the estate.

5. The Debtor owes outstanding real estate taxes to Denton County (Texas) for 2020 in the "Due Amount" of $427,198.91. On information and belief, such taxes accrue interest at 1% per month (or 12% per annum) pursuant to state law.

6. Payment of these real estate taxes would inure to the benefit of the Bond Trustee as the taxes are a first lien on the Debtor's real estate and "prime" the Bond Trustee's position. Moreover, payment of these taxes is in the best interest of the Debtor and the bankruptcy estate.

7. The Debtor submits that these taxes should be paid from the debt service reserves.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order authorizing and directing the payment of the 2020 real estate taxes to Denton County from the debt service reserves, and for such other and further relief as is just.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Michael C. Markham
Michael C. Markham (FBN:  768560)
401 E. Jackson Street, Ste. 3100
Tampa, FL  33601-1100
Telephone:    813-225-2500
Facsimile:    813-223-7118
Email:  mikem@jpfirm.com
Attorneys for Debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished electronically to the CM/ECF participants, including the U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602 and Daniel Bleck, Esq., counsel to the Bond Trustee, and by U.S. Mail to all creditors on the attached matrix on February 22, 2022.

/s/ Michael C. Markham
Michael C. Markham

7675528_1

| 1:43 PM | **Senior Care Living VII, LLC** |
|---|---|
| 09/15/21 | **Profit & Loss** |
| Accrual Basis | **August 2021** |

|  | Aug 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **40149-0 · Resident Services** | |
| 40002-0 · Level 2 AL Legacy Standard | 1,200.00 |
| 40003-0 · Level 1 Bronze | 5,200.00 |
| 40004-0 · Level 2 Silver | 2,400.00 |
| 40005-0 · Level 3 Gold | 1,300.00 |
| 40009-0 · Inspired Standard Living AL | 109,322.26 |
| 40010-0 · Inspired Forever Program AL | 175,139.08 |
| 40011-0 · Concession- AL Standard Program | -2,682.89 |
| 40012-0 · Second Occupant Revenue | 6,607.89 |
| 40014-0 · Concession-AL Forever Program | -303.95 |
| 40017-0 · Inspired Forever Program | 54,469.05 |
| 40018-0 · Inspired Standard Program | 76,413.57 |
| 40019-0 · Concession-Standard Program | -1,500.00 |
| 40020-0 · Level 1 AL Forever Bronze | 1,200.00 |
| 40022-0 · Level 2 AL Forever Silver | 3,600.00 |
| 40026-0 · Community Fee Revenue | 7,000.00 |
| 40027-0 · Community Fee Discount | -4,000.00 |
| 40029-0 · Barber & Beauty Admin Revenue | 360.10 |
| 40040-0 · Incontinency Supplies Revenue | 600.00 |
| 40046-0 · Physical Therapy Revenue | 403.00 |
| 40051-0 · Respite Revenue | 2,400.00 |
| 40101-0 · MC Forever | 7,282.89 |
| 40112-0 · Concession Long Term- AL | -18,789.67 |
| 40115-0 · Concession Ling Term-MC | -5,190.00 |
| 40117-0 · GoldMed Buy Up | 39,634.21 |
| 40118-0 · PlatinnumMed Buy Up | 1,467.11 |
| 40136-0 · Concession Honors-AL | -3,000.00 |
| 40137-0 · Concession Special Discount-AL | -11,250.00 |
| 40142-0 · Concession Speical Discount | -2,597.50 |
| **Total 40149-0 · Resident Services** | 446,685.15 |
| **43000-0 · Late Charges** | 650.00 |
| **50099-0 · Ancillary Revenue** | |
| 50030-0 · Tray Service Revenue | 220.00 |
| 50033-0 · Pet Service/Fee Revenue | 400.00 |
| **Total 50099-0 · Ancillary Revenue** | 620.00 |
| **Total Income** | 447,955.15 |
| **Gross Profit** | 447,955.15 |
| **Expense** | |
| **60001-02 Payroll Wage and Tax** | |
| 6003502 · LPN Wages Healthcare MC | 8,401.91 |
| 6004402 · Care Givers Wages Healthcare MC | 19,245.54 |
| 6100502 · Commissions Healthcare MC | -700.00 |
| 6101002 · Bonus Healthcare MC | 1,450.00 |
| 6101502 · Overtime Wages Healthcare MC | 840.82 |
| 6103302 · PTO Healthcare MC | 107.12 |
| 6103402 · Training Healthcare MC | 1,861.86 |
| 7100102 · Temporary Labor Healthcare MC | 2,246.03 |
| **Total 60001-02 Payroll Wage and Tax** | 33,453.28 |

EXHIBIT "A"

1:43 PM
09/15/21
Accrual Basis

# Senior Care Living VII, LLC
## Profit & Loss
### August 2021

|  | Aug 21 |
|---|---:|
| **60001-03 Payroll Wages and Tax** | |
| 6001503 · Director Wages Healthcare AL | 6,961.41 |
| 6003503 · LPN Wages | 12,364.60 |
| 6004403 · Care Givers Wages | 29,624.83 |
| 6100503 · Commissions Healthcare AL | 1,000.00 |
| 6101003 · Bonus | 1,800.00 |
| 6101503 · Overtime Wages | 15,754.44 |
| 6103303 · PTO | 893.60 |
| 6103403 · Training | 2,031.58 |
| **Total 60001-03 Payroll Wages and Tax** | 70,430.46 |
| **60001-30 Payroll Wage and Tax** | |
| 6001530 · Director Wages Life Enrich MC | 4,505.51 |
| 6009930 · Staff Wages Activities MC | 6,422.72 |
| 6101530 · Overtime Wages Activities MC | 2.91 |
| 6103330 · PTO Activities MC | 288.48 |
| **Total 60001-30 Payroll Wage and Tax** | 11,219.62 |
| **60001-34 Payroll Wage and Tax** | |
| 6005134 · Housekeeper Wages | 2,030.07 |
| **Total 60001-34 Payroll Wage and Tax** | 2,030.07 |
| **60001-40 Payroll Wage and Tax** | |
| 6001540 · Director Wages Maintenance | 5,501.23 |
| 6005240 · Maintenance Wages | 2,400.06 |
| 6101540 · Overtime Wages | 280.93 |
| 6103340 · PTO Maintenance | 261.12 |
| **Total 60001-40 Payroll Wage and Tax** | 8,443.34 |
| **60001-46 Payroll Wages & Tax** | |
| 6001546 · Director Wages | 5,170.37 |
| 6103346 · PTO | 498.52 |
| **Total 60001-46 Payroll Wages & Tax** | 5,668.89 |
| **60001-50 Payroll Wage and Tax** | |
| 6001050 · Executive Director Wages | 9,394.28 |
| 6002750 · HR Generalist | 4,136.28 |
| 6008550 · Receptionist Wages | 7,733.40 |
| 6100550 · Commissions Administration | 75.00 |
| 6101550 · Overtime Wages Administration | 189.98 |
| 6103350 · PTO Administration | 392.34 |
| 6105150 · FICA Tax Administration | 14,092.00 |
| 6105250 · FUTA Tax Administration | 221.32 |
| 6105350 · SUI TAX Administration | 467.14 |
| **Total 60001-50 Payroll Wage and Tax** | 36,701.74 |
| **63000-50 Employee Benefits** | |
| 6300350 · Other Employee Insurance | 6,835.71 |
| 6300750 · Employee Hiring & Moving Admin | 2,602.04 |
| 6300950 · Uniform Expense Administration | 1,018.33 |
| 6301050 · Employee Benefits | 60.27 |
| **Total 63000-50 Employee Benefits** | 10,516.35 |
| **63099-50 Employee Benefits** | |
| 6400950 · Worker's Compensation | 2,534.88 |
| **Total 63099-50 Employee Benefits** | 2,534.88 |

| | | |
|---|---|---:|
| 1:43 PM | **Senior Care Living VII, LLC** | |
| 09/15/21 | **Profit & Loss** | |
| Accrual Basis | **August 2021** | |

| | Aug 21 |
|---|---:|
| **73099-02 Healthcare MC NonLabor** | |
| 7300802 · Contract Services Healthcare MC | -105.00 |
| 7302102 · Non-Billable Medical Supplies H | 2,290.49 |
| 7302202 · Incontinent Supp Healthcare MC | 295.66 |
| 7302302 · Infectious Waste Disposal | 156.64 |
| **Total 73099-02 Healthcare MC NonLabor** | 2,637.79 |
| **73099-30 Activities MC NonLabor** | |
| 7300930 · Entertainers Activities MC | 200.00 |
| 7304130 · Special Events Activities MC | 295.61 |
| 7304830 · Resident Activities Activities | 1,086.48 |
| 7306930 · Equipment Rental/Purchases Acti | -47.18 |
| **Total 73099-30 Activities MC NonLabor** | 1,534.91 |
| **73099-32 Dining MC NonLabor** | |
| 5002300 · Guest Meals | -210.00 |
| 7400232 · Non-Labor Allocation-Sodexo | 3,304.44 |
| 7400332 · Sodexo Allocation | 68,904.32 |
| **Total 73099-32 Dining MC NonLabor** | 71,998.76 |
| **73099-34 Housekeeping NonLabor** | |
| 7301534 · Supplies Housekeeping | 127.03 |
| **Total 73099-34 Housekeeping NonLabor** | 127.03 |
| **73099-40 Maintenance NonLabor** | |
| 7105040 · Fire Inspection & Training | 877.60 |
| 7105140 · Repairs & Maintenance | 3,398.83 |
| 7105240 · Between Tenant Renovations | 473.82 |
| 7105440 · Pest Control | 433.01 |
| 7300840 · Contract Services Maintenance | 97.00 |
| 7301540 · Supplies Maintenance | 833.42 |
| 7306240 · Property Landscaping | 4,350.96 |
| 7306940 · Equip Rental/Purchases Main | 615.80 |
| 7400240 · Generator Contract | 3.41 |
| 7400440 · Elevator Service Contractor | 888.85 |
| 7400540 · Pool Service | 405.94 |
| 7400640 · Fish Tank | 356.14 |
| **Total 73099-40 Maintenance NonLabor** | 12,734.78 |
| **73099-42 TransportationNonLabor** | |
| 7303542 · Auto Exp - Gas Transportation | 119.20 |
| 7303642 · Automobile Expense (Other) | 406.31 |
| 7306942 · Equipment Rental/Purchase | 476.70 |
| **Total 73099-42 TransportationNonLabor** | 1,002.21 |
| **73099-44 Marketing NonLabor** | |
| 7201544 · Digital Media Marketing | 759.94 |
| 7201644 · Video Marketing | 1.25 |
| 7202144 · Internet Marketing | 41.93 |
| 7300844 · Contract Services Marketing | 1,359.85 |
| 7305044 · Software Expenses Marketing | 1,016.77 |
| **Total 73099-44 Marketing NonLabor** | 3,179.74 |
| **73099-46 Sales NonLabor** | |
| 7200146 · Creative Follow-up | 229.99 |
| 7201646 · Outreach/Community Relations | 329.01 |
| 7300846 · Contract Services | 127.89 |
| **Total 73099-46 Sales NonLabor** | 686.89 |

1:43 PM
09/15/21
Accrual Basis

# Senior Care Living VII, LLC
## Profit & Loss
### August 2021

|  | Aug 21 |
|---|---:|
| **73099-50 Admin NonLabor** | |
| 5004100 · Barber & Beauty Revenue | -120.55 |
| 7201650 · Outreach/Community Relations Ad | 400.00 |
| 7201950 · Referrals | 10,990.75 |
| 7202050 · Corporate Allocation-Administra | 5,607.55 |
| 7300250 · Payroll Processing Fees | 2,523.07 |
| 7300838 · Contract Service Barber & Beaut | 3,710.60 |
| 7300850 · Contract Services Administratio | 174.84 |
| 7301650 · Office Supplies Administration | 2,702.35 |
| 7303850 · Copier Overage Admin | 568.89 |
| 7304350 · Memberships/Club Dues | 328.92 |
| 7304450 · Subscriptions Administration | 459.02 |
| 7305150 · Software Support Fees Administr | 3,479.68 |
| 7305550 · Postage & Freight  Admin | 159.80 |
| 7305750 · Bank Fees | 2,105.89 |
| 7306050 · Late Fees / Penalties | 3.36 |
| 7306650 · Unallocated / Uncoded P Card | -1,438.65 |
| 7307950 · Emp Recognition / Awards Admin | 478.18 |
| 7308250 · Travel - Local Mileage/Gas Admi | 965.93 |
| 7309050 · Telephone - Cell Administration | 410.20 |
| 7309150 · Cable | 7,748.18 |
| **Total 73099-50 Admin NonLabor** | 41,258.01 |
| **74000-00 Utilities** | |
| 7400160 · Water & Sewer | 1,692.34 |
| 7400260 · Trash Removal | 1,875.33 |
| 7400360 · Gas | 765.88 |
| 7400460 · Electric | 9,879.50 |
| **Total 74000-00 Utilities** | 14,213.05 |
| **74010-00 Professional Fees** | |
| 7401550 · Legal Fees | 51,470.06 |
| **Total 74010-00 Professional Fees** | 51,470.06 |
| **74059-00 Taxes & Management Fee** | |
| 7404980 · Management Fee Expense | 26,884.54 |
| 7405080 · Taxes-Real Estate | 35,660.17 |
| 7405180 · Taxes-Personal Property | 406.83 |
| **Total 74059-00 Taxes & Management Fee** | 62,951.54 |
| **74060-00 Insurance** | |
| 7407180 · Insurance - Property | 7,752.75 |
| 7407280 · insurance- Liability | 4,287.53 |
| 7407380 · Insurance - Automobile | 259.88 |
| 7407480 · Insurance- Excess | 6,137.75 |
| 7407580 · Insurance-Crime | 81.50 |
| 7407780 · Insurance-EPLI | 310.53 |
| 7407880 · Insurance-Flood | 2,369.52 |
| **Total 74060-00 Insurance** | 21,199.46 |
| **86030-00 Extraordinary Items** | |
| 8603490 · Non Operating Expenses | |
| 8200585 · Labor Non Operating | 3,079.56 |
| 8200785 · Supplies Non Operating | 310.19 |
| **Total 8603490 · Non Operating Expenses** | 3,389.75 |
| **Total 86030-00 Extraordinary Items** | 3,389.75 |
| **Total Expense** | 469,382.61 |
| **Net Ordinary Income** | -21,427.46 |
| **Net Income** | **-21,427.46** |

1:44 PM
09/15/21
Accrual Basis

# Senior Care Living VII, LLC
## Balance Sheet
### As of August 31, 2021

|  | Aug 31, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **10000-1 Bond Accounts** | |
| 1506550 · UMB-2016B Cap Int | 2.14 |
| 1506551 · UMB-2016A DSR | 1,117,584.96 |
| 1506552 · UMB-2016A-1 Cap I | 6.94 |
| 1506553 · UMB-2016A-1 Project Fund | 14.07 |
| 1506554 · UMB-2016AB Bond Fund | 64.94 |
| 1506555 · UMB-2016A-2 DSR | 93,502.38 |
| 1506556 · UMB-2016A-3 Operating Acct | 41.03 |
| 1506557 · UMB-2016A-3 Cap Int | 0.49 |
| 1506558 · UMB-2016A-3 DSR | 96,411.71 |
| 1506559 · UMB-2016B DSR | 235,500.03 |
| **Total 10000-1 Bond Accounts** | 1,543,128.69 |
| **10000-2 Cash Accounts** | |
| 11003-0 · Outstanding Checks & Deposits | -88,664.37 |
| 5438 · BB&T Deposit Reserve 5438 | 5,024.39 |
| 5604 · BB&T Operating-Validus 5604 | 371,637.78 |
| 7073 · BB&T Construction Account 7073 | 2,676.19 |
| **Total 10000-2 Cash Accounts** | 290,673.99 |
| **Total Checking/Savings** | 1,833,802.68 |
| **Other Current Assets** | |
| **14078-00 Total Prepaid Expenses** | |
| 14012-0 · Prepaid AHCA | 1,425.00 |
| 14014-0 · Prepaid Insurance- Health Care | 18,899.46 |
| 14015-0 · Prepaid Insurance Business | 55,843.09 |
| 14022-0 · Prepaid Other | -174.38 |
| **Total 14078-00 Total Prepaid Expenses** | 75,993.17 |
| **15700- Work in Progress** | |
| 15710 · Hard Costs | 24,944,750.49 |
| 15720 · Soft Costs | 8,460,711.75 |
| **Total 15700- Work in Progress** | 33,405,462.24 |
| 11010 · Due To/From Covington | -1,005.00 |
| 13001-0 · A/R- Resident | 45,859.67 |
| 13009-0 · Allowance fro Doubtful Accounts | -2,070.80 |
| 13701-0 · Due to/from Validus Sr REIT | -171,556.76 |
| 13810-0 · Due To/From Covington (ILK) | -1,000.00 |
| 13818-0 · Due To/From SCLV (ILWM) | 1,000.00 |
| 14098-0 · Utility Deposits | 1,049.42 |
| **Total Other Current Assets** | 33,353,731.94 |
| **Total Current Assets** | 35,187,534.62 |
| **Fixed Assets** | |
| 14010 · Land | 4,988,624.00 |
| 14020 · Land Closing Costs | 373,770.00 |
| 15000 · Furniture and Equipment | 12,612.50 |
| 15004-0 · Building Improvements | 136,344.80 |
| 15006-0 · Furniture & Fixtures | 747,083.21 |
| 15007-0 · Equipment | 150,016.45 |
| 15008-0 · Vehicles | 71,418.56 |
| 15009-0 · Computer Hardware | 39,467.92 |
| 17000 · Accumulated Depreciation | -922,726.69 |
| **Total Fixed Assets** | 5,596,610.75 |
| **TOTAL ASSETS** | **40,784,145.37** |

Page 1

**1:44 PM**
**09/15/21**
**Accrual Basis**

# Senior Care Living VII, LLC
## Balance Sheet
### As of August 31, 2021

|  | Aug 31, 21 |
|---|---:|
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         20000 · Accounts Payable | 2,258,240.45 |
|       **Total Accounts Payable** | 2,258,240.45 |
|       **Other Current Liabilities** | |
|         20021-0 · Accrued Accounts Payable | 147,357.86 |
|         21005-0 · Accrued Wages | 44,702.50 |
|         21010-0 · Accrued Vacation | 22,896.11 |
|         21017-0 · Employee Voluntary Life Insuran | -255.72 |
|         21023-0 · Short Term/Long Term Disability | -52.33 |
|         21024-0 · Vision/Dental | -1,613.04 |
|         21025-0 · HSA | 14.33 |
|         21029-0 · Accrued Off Cycle Wages | -2,070.89 |
|         22008-0 · Accrued Workers Comp-IBNR | 0.03 |
|         22018-0 · P-Card Payable | 6,517.40 |
|         22020-0 · Prepaid Rent | 100,894.55 |
|         22042-0 · Accrued Property Taxes | 2,043,032.25 |
|         23000-0 · Bonds Payable (Par Amount) | |
|           23000-3 · Series 2016A-1 (Tax Exempt) | 35,925,000.00 |
|           23000-4 · Series 2016A-2 (Taxable) | 2,555,000.00 |
|           23000-5 · Series 2016A-3 (Taxable) | 1,915,000.00 |
|           23000-6 · Series 2016B (Tax Exempt) | 4,990,000.00 |
|         **Total 23000-0 · Bonds Payable (Par Amount)** | 45,385,000.00 |
|         23000-1 · Orig Issue Disc Series2016A-1 | -1,796,250.00 |
|         23000-2 · Original Issue Disc Series2016B | -249,500.00 |
|         23000-7 · Cost of Issuance Expense | -623,938.73 |
|         23002-0 · Due To/From Members | -155,219.72 |
|         25007-0 · SBA Loan | 368,727.14 |
|         BBK1 · Accumulated Bond Amortization | 506,469.41 |
|         BBK2 · Accrued Bond Interest | 1,936,508.14 |
|       **Total Other Current Liabilities** | 47,733,219.29 |
|     **Total Current Liabilities** | 49,991,459.74 |
|     **Long Term Liabilities** | |
|       17520-1 · Series 2016A-1 Tax Exempt) | -898,125.00 |
|       17520-2 · Series 2016A-2 (Taxable) | -63,875.00 |
|       17520-3 · Series 2016A-3 (Taxable) | -47,875.00 |
|       17520-4 · Series 2016B (Tax Exempt) | -124,750.00 |
|     **Total Long Term Liabilities** | -1,134,625.00 |
|   **Total Liabilities** | 48,856,834.74 |
|   **Equity** | |
|     30010 · Bouldin Equity | -1,184,530.26 |
|     30020 · Prince Equity | -228,796.70 |
|     30030 · Validus Equity | -800,788.44 |
|     32000 · Retained Earnings | -6,204,327.14 |
|     Net Income | 345,753.17 |
|   **Total Equity** | -8,072,689.37 |
| **TOTAL LIABILITIES & EQUITY** | 40,784,145.37 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:22-bk-00103-CED<br>Middle District of Florida<br>Tampa<br>Tue Feb 22 12:28:27 EST 2022 | Matthew Huckin<br>Valhalla Real Estate<br>3605 Caruth Boulevard<br>Dallas, TX 75225-5102 | Timothy J. McKeon<br>Mintz, Levin, Cohn, Ferris Glovsky &Pope<br>One Financial Center<br>Boston, MA 02111-2657 |
| Senior Care Living VII, LLC<br>3665 East Bay Drive, Ste. 204-429<br>Largo, FL 33771-1990 | Howard Marc Spector<br>Spector & Cox, PLLC<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | A Place for Mom, Inc.<br>PO Box 913241<br>Denver, CO 80291-3155 |
| ASSA Abloy Global Solutions<br>PO Box 676947<br>Dallas, TX 75267-6694 | Accushield, LLC<br>Suite 360<br>2030 Powers Ferry Rd SE<br>Atlanta, GA 30339-5016 | Airgas USA, LLC<br>PO Box 734672<br>Dallas, TX 75373-4672 |
| Allegra<br>107 N Jefferson St<br>Tampa, FL 33602-5001 | Aquarium Environments, Inc.<br>d/b/a Fish Gallery<br>2909 Fountainview Drive<br>Houston, TX 77057-6105 | Aquarius Water Refining<br>PO Box 337<br>Wimauma, FL 33598-0337 |
| Arrow Exterminators, Inc.<br>5750 Rufe Snow Drive<br>North Richland Hills, TX 76180-6163 | Baxter Construction Company<br>14723 Windwood Park Lane<br>Cypress, TX 77429-8094 | Baxter Construction Company<br>3225 Avenue N<br>Fort Madison, IA 52627-3553 |
| Best Celebrity Talent<br>Attn:  Rhonda Medina<br>700 Meadow Bend Court<br>Lewisville, TX 75077-8606 | Bluestone Pools, LLC<br>PO Box 92923<br>Southlake, TX 76092-0923 | Cawley Company<br>PO Box 2110<br>Manitowoc, WI 54221-2110 |
| Commercial Safety Systems<br>PO Box 8499<br>Seminole, FL 33775-8499 | Community Payroll<br>Suite 400<br>301 Anchor Plaza Parkway<br>Tampa, FL 33634 | D. Park Smith<br>Law Office of D. Park Smith<br>250 Cherry Springs Road, Suite 200<br>HUNT, TX 78024-3010 |
| Denton County Tax Collector<br>110 W Hickory Street<br>Denton, TX 76201-4168 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Direct Supply<br>PO Box 88201<br>Milwaukee, WI 53288-8201 |
| Echo Lab<br>PO Box 70343<br>Chicago, IL 60673-0343 | Eldermark Software<br>PO Box 844707<br>Boston, MA 02284-4707 | FL Dep of Revenue<br>Collection Agency Section<br>5050 W Tennessee St.<br>Tallahassee, FL 32399-6586 |
| G5 Search Marketing, Inc.<br>Dept LA 23988<br>Pasadena, CA 91185-0001 | HD Supply Facilities Mtnce<br>PO Box 509058<br>San Diego, CA 92150-9058 | HM LIfe Insurance Company<br>PO Box 382038<br>Pittsburgh, PA 15251-8038 |

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | J. Robert Medlin<br>FTI Consulting<br>2001 Ross Avenue, Ste. 650<br>Dallas, TX 75201-2923 | Konica Minolta Business Solutions<br>Dept. 2366<br>PO Box 122366<br>Dallas, TX 75312-2366 |
| Magnolia Fisheries<br>PO Box 3087<br>Coppell, TX 75019-7001 | McKesson Medical-Surgical<br>PO Box 204786<br>Dallas, TX 75320-4786 | Our Place Tuxedos & Uniforms<br>2044 Smith Street<br>North Providence, RI 02911-1785 |
| Senior Care Living VI, LLC<br>6400 Oilfield Rd<br>Sugar Land, TX 77479-9622 | Senior Living Specialists<br>14580 Berklee Drive<br>Addison, TX 75001-3532 | Shred it<br>c/o Stericycle, Inc.<br>28883 Network Place<br>Chicago, IL 60673-1288 |
| Silversphere, LLC<br>Suite 200<br>2570 W Int'l Speedway Blvd<br>Daytona Beach, FL 32114-8145 | Sodexo, Inc & Affiliates<br>PO Box 360170<br>Pittsburgh, PA 15251-6170 | Songs & Smiles<br>Suite 260<br>129 S Main Street<br>Grapevine, TX 76051-5488 |
| TK Elevator Corp. fka ThyssenKrupp Elevator<br>c/o Law Office of D. Park Smith<br>250 Cherry Springs Road, Suite 200<br>HUNT, TX 78024-3010 | TX Comptroller Public Accts<br>PO Box 13528, Capital Station<br>Austin, TX 78711-3528 | Tarpon Hunters, LLC<br>7200 N. Mopac Expressway #120<br>Austin, TX 78731-3058 |
| Thyssenkrupp Elevator Corp<br>PO Box 3796<br>Carol Stream, IL 60132-3796 | UMB Bank, NA Master Trustee<br>120 S. Street #1400<br>Minneapolis, MN 55402 | US Foods, Inc.<br>PO Box 843202<br>Dallas, TX 75284-3202 |
| VSL HOldings, LLC<br>Suite 400<br>4301 Anchor Plaza Parkway<br>Tampa, FL 33634-7529 | Validus Senior Living REIT<br>Suite 400<br>4301 Anchor Plaza Parkwy<br>Tampa, FL 33634-7529 | Welcome Home Software, Inc.<br>2829 Normandy Drive NW<br>Atlanta, GA 30305-2824 |
| Michael C Markham +<br>Johnson Pope Bokor Ruppel & Burns LLP<br>401 East Jackson Street, Suite 3100<br>Tampa, FL 33602-5228 | United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | J Steven Wilkes +<br>Office of United States Trustee<br>501 East Polk Street<br>Tampa, FL 33602-3949 |
| Ryan C Reinert +<br>Shutts & Bowen LLP<br>4301 W Boy Scout Blvd, Ste 300<br>Tampa, FL 33607-5716 | Dennis D Leone +<br>Shankman Leone PA<br>707 N. Franklin Street, 5th Floor<br>Tampa, FL 33602-4419 | Daniel S Bleck +<br>Mintz Levin<br>One Financial Center<br>Boston, MA 02111-2657 |
| Dallas Taylor +<br>Mintz Levin<br>666 Third Avenue<br>New York, NY 10017-4011 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Caryl E. Delano<br>Tampa | (u)Hunter-Kelsey of Texas LLC | (u)UMB Bank, N.A. |

End of Label Matrix
Mailable recipients    58
Bypassed recipients     3
Total                  61