UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

SENIOR CARE LIVING VII, LLC,                    CASE NO. 8:22-bk-00103-CED
                                                Chapter 11
    Debtor.
_____/

**MOTION FOR EXTENSION OF TIME TO FILE CHAPTER
11 MONTHLY OPERATING REPORT FOR JANUARY 2022**

DEBTOR, SENIOR CARE LIVING VII, LLC ("Debtor"), by and through its undersigned attorney, hereby files this Motion for Extension of Time to File its Chapter 11 Monthly Operating Report for January 2022 ("Motion") and in support of the Motion states:

1. On January 10, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The January 2022 monthly operating report ("MOR") is due to be filed on February 22, 2022[1].

3. The Debtor is in the process of preparing its January 2022 MOR and expects the same to be completed no later than March 1, 2022. The Debtor needs additional time to complete its January 2022 MOR accurately and completely. No Creditor will be prejudiced by this request for an extension of time to file the January 2022 MOR.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order granting this Motion and extending the time the Debtor is required to file its Chapter 11 MOR for January 2022 through and including March 1, 2022 and for such other and further relief as is just.

---

[1] The Chapter 11 monthly operating reports are due on the 21st day of each month. Since Monday, February 21, 2022 is a federal holiday, the next business day is Tuesday, February 22, 2022.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Extend Time has been furnished either by the Court's CM/ECF system or by regular U. S. Mail to the **U.S. States Trustee**, 501 East Polk Street, Suite 1200, Tampa, Florida 33602; **Senior Care Living VII, LLC**, 3665 East Bay Drive, St. 204-429, Largo, FL 33771 and to all creditors and parties who receive electronic notice via the Court's CM/ECF system on February 22, 2022.

          JOHNSON, POPE, BOKOR,
          RUPPEL & BURNS, LLP

          /s/ Michael C. Markham
          Michael C. Markham (FBN: 768560)
          401 E. Jackson Street, Ste. 3100
          Tampa, FL 33601-1100
          Telephone: 813-225-2500
          Facsimile: 813-223-7118
          Email: mikem@jpfirm.com
          Attorneys for Debtor