UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No.:        8:22-bk-00103-CED
Senior Care Living VII, L.L.C.                    Chapter:          11
        EIN:    47-4680144
                                    Debtors.
_____/

**AMENDED[1]**
**VERIFIED STATEMENT OF MARY L. PEEBLES**
**PATIENT CARE OMBUDSMAN**

I, Mary L. Peebles, hereby declare under penalty of perjury as follows:

1.        I am a resident of the State of Tennessee.  My business address is 232 S. Highland

St., Ste. 102, Memphis, TN 38111

2.        Under 11 U.S.C. § 333, I am a person eligible and competent to perform the

duties of a Patient Care Ombudsman in the above captioned case.

3.        To the best of my knowledge, information, and belief, and based upon a careful

review of the documents filed in these cases, and such other inquiry as I have deemed

appropriate:

        a.   I am neither a creditor, equity security holder, nor insider of the Debtors.

        b.   I am not and was not, within two years before the date of the filing of the

             petition a director, officer, or employee of the Debtors.

---

[1] This Verified Statement is being amended to correct the hourly rates in paragraph 4. The Trial Attorney for the United States Trustee inadvertently uploaded the incorrect Verified Statement indicating an outdated hourly rate for the Patient Care Ombudsman. Debtor in possession was already aware of the actual hourly rates.

c.  I do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason, except as follows: NONE.

d.  I have no connections to or relationship with the Debtors, creditors, patients, any other parties in interest, their respective attorneys and accountants, the United States Trustee, any person employed or formerly employed in the Office of the United States Trustee, of the Bankruptcy Judge presiding in this case, except as follows: Prior appointments as Patient Care Ombudsman under 11 U.S.C. § 333, case citations provided upon request.

4.      The current rate(s) I charge non-bankruptcy clients is $200 per hour.  For purposes of this matter, I have agreed to bill at a rate of $200 per hour for services rendered as a Patient Care Ombudsman and $100 per hour for travel time.

5.      Any professionals or licensed medical personnel I determine necessary to be hired to fulfill my duties as the Patient Care Ombudsman will neither bill for or perform any services until and unless their employment is approved by entered order of this Bankruptcy Court.

6.      I have not been paid or incurred fees pre-petition or hold a security interest, guarantee, or other assurance of compensation for services performed in this chapter 11 case.

7.      There is no agreement or arrangement of any nature as to the payment of compensation or the sharing of any compensation to be paid to me.

8.      I understand and agree to maintain detailed records of services rendered, time expended, and expenses incurred related to my services as a Patient Care Ombudsman.

9.      I will comply with provision contained in 11 U.S.C. § 330 when seeking compensation and reimbursement of expenses. Further, I understand and agree to maintain a detailed chronological record of the services rendered, time expended, and expenses incurred under United States Trustee Guidelines for Fee Applications.

10.      I understand that to that extent there is a change in any of the circumstances stated herein, I will promptly file an amended or supplemented verified statement.

Executed on this 24th day of February, 2022.

/s/ Mary L. Peebles