

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/28/2022 01:30 PM

COURTROOM 9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:22-bk-00103-CED | 11 | 01/10/2022 |

**Chapter 11**

**DEBTOR:**   Senior Care Living VII, LLC

**DEBTOR ATTY:**  Michael Markham

**TRUSTEE:**    NA

**HEARING:**

~(1) Initial Status Conference
~ (2) Continued Motion to Use Cash Collateral Filed by Michael C Markham on behalf of Debtor Senior Care Living VII, LLC (Markham, Michael) Doc #6
-Objection to Debtor's Motion to Use Cash Collateral Filed by Ryan C Reinert on behalf of Creditor UMB Bank, N.A.; Doc # 22
-Supplemental Objection to Debtor's Motion To Use Cash Collateral Filed by Ryan C Reinert on behalf of Creditor UMB Bank, N.A; Doc. # 61
-Response to Supplemental Objection to Debtor's Motion To Use Cash Collateral Filed by Michael C Markham on behalf of Debtor Senior Care Living VII, LLC; Doc. # 67
~(3) Motion for Relief from Order Granting Debtor's Application for Authority to Employ Matthew Huckin and Valhalla Real Estate as Broker Filed by Ryan C Reinert on behalf of Creditor UMB Bank, N.A. (related document(s)[57]). (Attachments: # [1] Exhibit Exhibit A) (Reinert, Ryan); Doc #62
- Opposition Response to Motion For Relief From Order Granting Debtors Application For Authority to Employ Matthew Huckin and Valhalla Real Estate as Broker Filed by Michael C Markham on behalf of Debtor Senior Care Living VII, LLC (related document(s)[62]). (Markham, Michael) Doc #66
*(4) Application to Employ Kenneth W. Mann and SC&H Group, Inc. as Financial Advisors Filed by Michael C Markham on behalf of Debtor Senior Care Living VII, LLC (Markham, Michael) Doc #68
-Limited Objection to Debtor's Application For Authority To Employ Kenneth W. Mann And SC&H Group, Inc. As Financial Advisor Filed by Ryan C Reinert on behalf of Creditor UMB Bank, N.A. (related document(s)[68]). (Reinert, Ryan) Doc #73
NOT NOTICED:   Motion to Allow and Direct Payment of 2020 Real Estate Taxes Filed by Michael C Markham on behalf of Debtor Senior Care Living VII, LLC (Markham, Michael) Doc. #83

**APPEARANCES:**:: Michael Markham, Ryan Reinert, Nicole Peair, Dallas Taylor, Steven Solomon, Timothy McKeon

**RULING:**
(1) Initial Status Conference   - Debtor to File Plan and Disclosure Statement by May 10, 2022,   Order by Case Manager

 (2) Continued Motion to Use Cash Collateral Filed by Michael C Markham on behalf of Debtor Senior Care Living VII, LLC (Markham, Michael) Doc #6

-Objection to Debtor's Motion to Use Cash Collateral Filed by Ryan C Reinert on behalf of Creditor UMB Bank, N.A.; Doc # 22

-Supplemental Objection to Debtor's Motion To Use Cash Collateral Filed by Ryan C Reinert on behalf of Creditor UMB Bank, N.A; Doc. # 61

-Response to Supplemental Objection to Debtor's Motion To Use Cash Collateral Filed by Michael C Markham on behalf of Debtor Senior Care Living VII, LLC; Doc. # 67   - Interim Order Granting Use of Cash Collateral, Continued to April 4, 2022 at 1:30pm, Order by Attorney Markham

(3) Motion for Relief from Order Granting Debtor's Application for Authority to Employ Matthew Huckin and Valhalla Real Estate as Broker Filed by Ryan C Reinert on behalf of Creditor UMB Bank, N.A. (related document(s)[57]). (Attachments: # [1] Exhibit Exhibit A) (Reinert, Ryan); Doc #62

- Opposition Response to Motion For Relief From Order Granting Debtors Application For Authority to Employ Matthew Huckin and Valhalla Real Estate as Broker Filed by Michael C Markham on behalf of Debtor Senior Care Living VII, LLC (related document(s)[62]). (Markham, Michael) Doc #66 -    - Continued in Open Court to April 4, 2022 at 1:30pm, No Further Notice

(4) Application to Employ Kenneth W. Mann and SC&H Group, Inc. as Financial Advisors Filed by Michael C Markham on behalf of Debtor Senior Care Living VII, LLC (Markham, Michael) Doc #68

-Limited Objection to Debtor's Application For Authority To Employ Kenneth W. Mann And SC&H Group, Inc. As Financial Advisor Filed by Ryan C Reinert on behalf of Creditor UMB Bank, N.A. (related document(s)[68]). (Reinert, Ryan) Doc #73   - Agreed Order by Attorney Markham

NOT NOTICED:   Motion to Allow and Direct Payment of 2020 Real Estate Taxes Filed by Michael C Markham on behalf of Debtor Senior Care Living VII, LLC (Markham, Michael) Doc. #83
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.