ORDERED.

Dated: April 06, 2022

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

SENIOR CARE LIVING VII, LLC,           CASE NO. 8:22-bk-00103-CED
         Chapter 11

    Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO
AUTHORIZE AND DIRECT PAYMENT OF 2020 REAL ESTATE TAXES**
(Doc. No. 83)

THIS CASE came on for hearing on April 4, 2022, upon the Debtor's Motion to Authorize and Direct Payment of 2020 Real Estate Taxes (Doc. No. 83 – the "Motion"), and the Objection (Doc. No. 99 – the "Objection") to the Motion filed by UMB Bank, N.A., as master trustee and the bond trustee ("UMB").  Further, for the reasons stated orally and recorded in open Court that shall constitute the decision of the Court, it is

**ORDERED** that:

1. The Motion is granted as stated herein. The Objection is overruled.

2. UMB is directed to pay the 2020 real estate taxes to Denton County (Texas) from the Debt Service Reserve Fund.

# # #

Attorney Michael C. Markham, Esq. is directed to serve a copy of this order on interested parties who do not receive service via the Court's CM/ECF system and file a proof of service within three (3) days of entry of this order.