**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:22−bk−00103−CED
Chapter 11

Senior Care Living VII, LLC

_____Debtor*_____/

NOTICE OF RESCHEDULED HEARING
(Amended to include Confirmation in the PDF)

   NOTICE IS GIVEN THAT the hearing regarding the Motion to Use Cash Collateral, Emergency Motion to Approve Compromise, Confirmation and Motion of UMB Bank, N.A., In Its Capacity As Bond Trustee, For Entry Of An Order Authorizing The Distribution Of A Portion Of The Proceeds From The Sale Of The Debtors Assets Filed by Ryan C Reinert on behalf of Creditor UMB Bank, N.A , (Document No. 314,175,6) , originally scheduled for May 15, 2023 at 1:30 pm, has been rescheduled.

The hearing has been rescheduled and will be held on May 15, 2023 at 03:00 PM in Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602.

Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties appearing by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

Dated: April 13, 2023

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.